| | |
|---|---|
| 1 | PATRICK D. ROBBINS (CABN 152288) |
| | Attorney for the United States |
| 2 | Acting under Authority Conferred by 28 U.S.C. § 515 |
| 3 | MARTHA BOERSCH (CABN 126569) |
| | Chief, Criminal Division |
| 4 | |
| | ABRAHAM FINE (CABN 292647) |
| 5 | MOLLY PRIEDEMAN (CABN 302096) |
| | LLOYD FARNHAM (CABN 202231) |
| 6 | Assistant United States Attorneys |
| 7 | 1301 Clay Street, Suite 340S |
| | Oakland, California 94612 |
| 8 | Telephone: (510) 637-3717 |
| | FAX: (510) 637-3724 |
| 9 | Abraham.fine@usdoj.gov |
| | Molly.priedeman@usdoj.gov |
| 10 | Lloyd.farnham@usdoj.gov |
| 11 | Attorneys for United States of America |

**FILED**

JAN 09 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHENG THAO,
ANDRE JONES,
DAVID TRUNG DUONG, and
ANDY HUNG DUONG,

    Defendants.

NO.: CR 25 0003 YGR

MOTION FOR SEALING ORDER

UNDER SEAL

The United States, by and through its counsel, Assistant United States Attorneys Abraham Fine, Molly Priedeman, and Lloyd Farnham, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the indictment, the arrest warrants, and all attachments in the above-referenced case. Disclosure of the specified documents might jeopardize the progress of this ongoing investigation that is neither public nor known to unidentified co-conspirators of the investigation. The United States requests that the indictment and arrest warrants be unsealed after the

MOTION FOR SEALING ORDER      1      v. 2/22/2020

United States has filed a notice with the Court confirming that defense counsel for one or more of the defendants have been notified of the pending charges.

Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary to comply with its discovery obligations, and with agents of the FBI, IRS-CI and USPIS.

DATED: January 9, 2025

PATRICK D. ROBBINS
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

/s/
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys