1  PATRICK D. ROBBINS (CABN 152288)
   Attorney for the United States
2  Acting under Authority Conferred by 28 U.S.C. § 515

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4
   ABRAHAM FINE (CABN 292647)
5  MOLLY PRIEDEMAN (CABN 302096)
   LLOYD FARNHAM (CABN 202231)
6  Assistant United States Attorneys

7      1301 Clay Street, Suite 340S
       Oakland, California 94612
8      Telephone: (510) 637-3717
       FAX: (510) 637-3724
9      Abraham.fine@usdoj.gov
       Molly.priedeman@usdoj.gov
10     Lloyd.farnham@usdoj.gov

11 Attorneys for United States of America

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                               OAKLAND DIVISION

15

16
   UNITED STATES OF AMERICA,              ) NO. 25-CR-0003-YGR
17                                         )
           Plaintiff,                      ) UNITED STATES' NOTICE RE UNSEALING
18                                         ) AND [PROPOSED] ORDER
       v.                                  )
19                                         )
   SHENG THAO,                             )
20 ANDRE JONES,                            )
   DAVID TRUNG DUONG, AND                  )
21 ANDY HUNG DUONG,                        )
                                           )
22         Defendants.                     )
                                           )
23

24

25

26

27

28

UNITED STATES' NOTICE RE UNSEALING AND [PROPOSED] ORDER
25-CR-0003-YGR

The sealing order in the above-captioned case states that the indictment and arrest warrants shall be unsealed after the United States has filed a notice with the Court confirming that defense counsel for one or more of the defendants have been notified of the pending charging. The United States hereby notifies the Court that counsel for one or more of the defendants have been so notified. Accordingly, per the sealing order, the indictment and arrest warrants are now unsealed. The United States respectfully requests that the Clerk unseal the indictment and have it appear on the public docket.

PATRICK D. ROBBINS
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

Dated: January 16, 2025

/s/
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys

**[PROPOSED] ORDER**

For the reasons set forth above, the Clerk shall please unseal the indictment in the above-captioned case.

Dated: January __, 2025

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

UNITED STATES' NOTICE RE UNSEALING AND [PROPOSED] ORDER
25-CR-0003-YGR