1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ABRAHAM FINE (CABN 292647)
   MOLLY PRIEDEMAN (CABN 302096)
5  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorneys
6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3717
8       FAX: (510) 637-3724
        Abraham.fine@usdoj.gov
9       Molly.priedeman@usdoj.gov
        Lloyd.farnham@usdoj.gov
10
   Attorneys for United States of America
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                           OAKLAND DIVISION
14

15
   UNITED STATES OF AMERICA,           ) Case No. 25-CR-0003-YGR
16                                     )
          Plaintiff,                   )
17                                     ) STIPULATION RE BRIEFING SCHEDULE ON
                                       ) MOTION TO MODIFY FILTER PROTOCOL AND
18        v.                           ) [PROPOSED] ORDER
                                       )
19 DAVID TRUNG DUONG,                  )
                                       )
20        Defendant.                   )
                                       )
21 _____ )

On March 19, 2025, Defendant David Duong filed a motion to modify the government's filter protocol (Dkt. No. 49).  Counsel for Defendant and the government have conferred and agree to the following briefing schedule on the pending motion:

- April 3, 2025 – Government's response due
- April 10, 2025 – Defendant's reply due
- April 24 at 10:30am – Motion hearing

**IT IS SO STIPULATED.**

| | |
|---|---|
| | PATRICK D. ROBBINS<br>Acting United States Attorney |
| Dated: March 20, 2025 | ___/s/_____<br>ABRAHAM FINE<br>MOLLY K. PRIEDEMAN<br>LLOYD FARNHAM<br>Assistant United States Attorneys |
| | ___/s/_____<br>NEAL STEPHENS<br>JEFFREY SCHENK<br>ED SWANSON<br>AUGUST GUGELMANN<br>Counsel for Defendant David Duong |

**IT IS SO ORDERED.**

Dated:

_____
YVONNE GONZALEZ ROGERS
United States District Judge