UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 24, 2025  **Time:** 47 Minutes  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 25-cr-00003-YGR-1
25-cr-00003-YGR-2
25-cr-00003-YGR-3
25-cr-00003-YGR-4

**Case Name:** UNITED STATES v. Sheng Thao et al

**Attorney for Plaintiff:** Molly Priedeman, Abraham Fine, and Lloyd Farnham
**Attorney for Defendant:** Jeffrey Tsai (Thao); Mark Goldrosen, Shawn Halbert (Jones); August Gugelmann, Edward Swanson, Neal Stephens, Jeff Schenk (D. Duong); William Sprague, Erik Babcock, Winston Chan (A. Duong)

**Defendant: ShengThao;** Present
**Andre Jones;** Present
**David Trung Duong;** Present
**Andy Hung Duong;** Present

**Deputy Clerk:** Edwin Angelo A. Cuenco       **Reported by:** Raynee Mercado; via Zoom

## PROCEEDINGS

Status Conference – Held.

Parties are working on reviewing discovery matters that have been classified as follows;
First Category: materials from the Federal Bureau of Investigation, Internal Revenue Service, and United States Postal Inspector Service.
Second Category: third parties' financial/phone/business records, including records from the City of Oakland.
Third Category: defendants' accounts and devices seized during the execution of the search warrant.
Fourth Category: third party materials that were obtained at the execution of the search warrant.

The Court is granting the motion to modify filter team protocol with judicial oversight as a matter of best practice.

Parties are ordered to meet and confer re protocol elements and to take these before the Magistrate Judge for approval.

**CASE CONTINUED TO: June 26, 2025, at 10:30 a.m. for Status Conference. Time is excluded from April 24, 2025 to June 26, 2025 for effective preparation of counsel.**