UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, AND ANDY HUNG DUONG,<br><br>    Defendant. | Case No.: 4:25-cr-00003-YGR<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE WESTMORE** |

Pursuant to Rule 59(a) of the Federal Rules of Criminal Procedure and this Court's Standing Order in Criminal Cases, all discovery matters in this action are hereby **REFERRED** to Magistrate Judge Westmore, including the stipulation filed on May 28, 2025 (Dkt. No. 79).

The parties will be advised of the date, time and place of any appearance by notice from Magistrate Judge Westmore.

**IT IS SO ORDERED**.

Dated: May 28, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Magistrate Judge Westmore