CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Molly.priedeman@usdoj.gov
    Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 25-CR-0003-YGR |
| Plaintiff, | UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE VENUE MOTION |
| v. | |
| SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, AND ANDY HUNG DUONG, | |
| Defendants. | |

GOV'T RESPONSE TO MOTION FOR EXTENSION   1
CR 25-CR-0003-YGR

1   At the status conference held on August 14, 2025, the parties agreed to set the matter over for a trial-setting hearing on November 20, 2025. During that status conference, the Court also ordered counsel for Defendant Sheng Thao to file any motion for a change of venue by September 11, 2025, to be heard at the same November 20 hearing. Thao has now asked the Court for an extension of time to file the motion for a change of venue in a motion filed on August 21, 2025.

When counsel for Thao sought the government's position regarding the extension of time, the government proposed an extension of more than 30 days from the original date set by the Court, and a briefing schedule that would allow for the motion to be heard at the November 20 hearing.

The government's main concern regarding the motion for an extension of time is that it could delay the setting of a trial date and delay the ultimate trial in this case. The government appreciates Defendant's assurances in her motion that "the instant motion is not seeking any delay in the setting of a trial date at the November 20th conference." Dkt. No. 99 at 7; *see also* Tarver Decl. at ¶ 9. Given Defendant's intent to proceed with setting a trial date at the November 20 hearing, as well as Defendant's assurances that the proposed extension will have no effect on the timing of trial, the government does not take a position on Defendant's extension request and is amenable to the briefing schedule set forth in Defendant's motion.

The government's view regarding the timing of the briefing and hearing on the possible venue motion does not concede that the investigation cited by Thao for the additional time, including polling and surveys by an outside consultant, is relevant, helpful, or necessary for the Court to determine whether a change of venue is required in this case.

DATED:  August 22, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

__/s/_____
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys