UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SHENG THAO, ET AL.,**<br><br>Defendants. | Case No.: 25-cr-0003 YGR<br><br>**ORDER GRANTING REQUEST FOR 90-DAY EXTENSION OF TIME OT FILE MOTION FOR TRANSFER OF VENUE**<br><br>Re: Dkt. No. 99 |

The Court is in receipt of defendant Sheng Thao's Motion for a 90-day extension of time to file a motion for transfer of venue ("Motion"), filed August 21, 2025 (Dkt. No. 99). Defendants David Duong, Andy Duong, and Andre Jones subsequently joined in the motion (Dkt. Nos. 100, 101, 102, 103). The Court heard argument on September 11, 2025.

At the hearing, the Court **GRANTED** the requested extension. However, the Court cautioned about the use, and manipulation, of surveys. The Court warned the parties that any expert conducting a survey may be subject to an evidentiary hearing, including production of all of their work product.

The Court orders the following briefing schedule. The parties are reminded that this briefing schedule will proceed in parallel with all other case management dates and deadlines, including the setting of a trial date.

**BRIEFING SCHEDULE**

| | |
|---|---|
| Deadline to File Motion for Transfer of Venue | **December 10, 2025** |
| Deadline to File Opposition | **January 14, 2026** |
| Deadline to File Reply | **January 28, 2026** |
| Hearing | **February 19, 2026** |

This Order terminates Dkt. No. 99.

**IT IS SO ORDERED.**

Dated: September 12, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2