JEFFREY E. TSAI (SBN 226081)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel: 415.836.2500
jeff.tsai@dlapiper.com

DARRYL L. TARVER (admitted *pro hac vice*)
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, Maryland 21202
Tel: 410.580.4123
darryl.tarver@dlapiper.com

*Attorneys for Defendant
Sheng Thao*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>SHENG THAO,<br><br>                    Defendant. | Case No. 25-CR-0003-YGR (KAW)<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE**<br><br>**and**<br><br>**ORDER** |

Defendant Sheng Thao and the United States, by and through their counsel of record, hereby stipulate as follows

1. Sheng Thao made her initial appearance before the Court on January 17, 2025. The Court entered an order setting an unsecured bond in the amount of $50,000 and set conditions of release (including, in relevant part, a no-travel restriction outside of the Northern and Eastern Districts of California). See Dkt. No. 14.

2. The parties agree on the following conditions-of-release modification: Ms. Thao will be permitted to travel to the Central District of California during the period of November 13, 2025, through November 19, 2025, in order for Ms. Thao to visit her sister.

3. Pretrial Services Officer Jessica Portillo has no objection to the stipulated location/travel modification of Ms. Thao's conditions of release.

IT IS SO STIPULATED.

Dated: October 9, 2025                    DLA PIPER LLP (US)

                                          By: */s/ Jeffrey E. Tsai*
                                               JEFFREY E. TSAI

                                          *Attorneys for Defendant*
                                          *SHENG THAO*

Dated: October 9, 2025

                                          CRAIG H. MISSAKIAN
                                          United States Attorney

                                          By: */s/ Abraham Fine*
                                               ABRAHAM FINE
                                               MOLLY K. PRIEDEMAN
                                               LLOYD FARNHAM

                                          *Assistant United States Attorneys*

**ORDER**

Pursuant to the stipulation of the parties, Defendant Sheng Thao's conditions of release are modified as follows:

Ms. Thao is permitted to travel to/from the Central District of California during the period of November 13, 2025, through November 19, 2025, in order for Ms. Thao to visit her sister.

IT IS SO ORDERED.

Dated: October 10, 2025

THE HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE