Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email:  ed@smllp.law
Email:  august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email:  nstephens@jonesday.com
Email:  jbschenk@jonesday.com
Email:  tdonnelly@jonesday.com

COUNSEL FOR DAVID DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br>SHENG THAO, et al.,<br><br>                              Defendants. | Case No. CR 25-0003 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE** |

On October 31, 2025, defendant David Duong filed a Motion for *Franks* Hearing and for Suppression of Evidence (Dkt. 119). The parties have conferred and have agreed on the following schedule for the motion:

December 4, 2025:    defense joinders and/or separate suppression motions

January 15, 2026:    government response to motions

January 29, 2016:    defense replies in support of motions

The parties request that the matter be set for hearing on February 19, 2026, at 9:00 a.m., a date and time at which this case is already calendared.

IT IS SO STIPULATED.

Dated: November 6, 2025

/s/
Edward Swanson
August Gugelmann
Neal Stephens
Jeffrey Schenk
Thao Donelly
COUNSEL FOR DAVID DUONG

/s/
Jeffrey Tsai
Darryl Tarver
COUNSEL FOR SHENG THAO

/s/
Mark Goldrosen
Shawn Halbert
COUNSEL FOR ANDRE JONES

/s/
Winston Chan
Douglas Sprague
Erik Babcock
COUNSEL FOR ANDY DUONG

/s/
Abraham Fine
Molly Priedeman
Lloyd Farnham
ASSISTANT UNITED STATES ATTORNEYS

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Defense joinders or further motions shall be filed no later than December 4, 2025, government responses shall be filed no later than January 15, 2026, and defense replies shall be filed no later than January 29, 2026. The parties are to appear on February 19, 2026, at 9:00 a.m.

Dated: _____

Hon. Yvonne Gonzalez-Rogers
United States District Court