Jeffrey Tsai (SBN 226081)
 *jeff.tsai@us.dlapiper.com*
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:  (415) 615-6055

Darryl Louis Tarver (*admitted pro hac vice*)
 *darryl.tarver@us.dlapiper.com*
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Tel: (410) 580-4123

*Attorneys for Defendant Sheng Thao*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>      v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br>           Defendants. | Case No. 4:25-CR-3-YGR<br><br>**DECLARATION OF DARRYL L. TARVER IN SUPPORT OF DEFENDANT SHENG THAO'S MOTION TO SUPPRESS AND JOINDER OF DEFENDANT DAVID DUONG'S MOTION FOR <u>FRANKS</u> HEARING**<br><br>Hearing Date:       February 19, 2026<br>Hearing Time:       9:00 a.m.<br>Judge:  The Hon. Yvonne Gonzalez Rogers<br>Courtroom:  1 (4th Floor) |

DECLARATION OF DARRYL L. TARVER

I, Darryl L. Tarver, submit this Declaration in support of Defendant Sheng Thao's Motion for Suppress and Joinder of David Duong's Motion for Franks Hearing. I am over 21 years of age and competent to testify to the following facts, all of which are true and correct to the best of my knowledge, information, and belief.

1. I am an attorney with DLA Piper and admitted *pro hac vice* to practice before this Court as counsel of record for Sheng Thao in the above entitled action. See ECF No. 95. I submit this declaration in support of Sheng Thao's Motion to Suppress and Joinder of Defendant David Duong's Motion for Franks Hearing (ECF No. 119).

2. Attached as Exhibit 1 is a true and correct copy of the warrant affidavit that FBI Agent Duncan Haunold presented to U.S. Magistrate Judge Kandis A. Westmore on June 14, 2024.

3. Attached as Exhibit 2 is a true and correct copy of the warrant affidavit that FBI Agent Duncan Haunold presented to U.S. Magistrate Judge Kandis A. Westmore on February 23, 2024.

4. Attached as Exhibit 3 is a true and correct copy of the search warrant signed by U.S. Magistrate Judge Kandis A. Westmore on June 14, 2024.

5. Attached as Exhibit 4 is a true and correct copy of Alameda County District Attorney Nancy O'Malley's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6. Attached as Exhibit 5 is a true and correct copy of the California Bureau of Real Estate's July 22, 2014 complaint in ▮▮▮▮▮▮▮▮

7. Attached as Exhibit 6 is a true and correct copy of the California Bureau of Real Estate's March 13, 2015 order accepting voluntary surrender of real estate license in ▮▮▮▮▮▮▮▮

8. Attached as Exhibit 7 is a true and correct copy of the October 13, 2016 Misdemeanor Advisement of Rights, Waiver and Plea Form in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9. Attached as Exhibit 8 is a true and correct copy of select pages from the Recipient

1
DECLARATION OF DARRYL L. TARVER

Committee Campaign Statement Cover Page for Nancy O'Malley for District Attorney 2018's contributions received between January 1, 2018, and April 1, 2018.

10. Attached as <u>Exhibit 9</u> is a true and correct copy of the November 7, 2006 verified second amended complaint filed in ███████████████████████████████████████.

11. Attached as <u>Exhibit 10</u> is a true and correct copy of a July 2, 2008 case management statement filed in ███████████████████████████ Superior Court of California, County of Alameda.

12. Attached as <u>Exhibit 11</u> is a true and correct copy of an October 7, 2020 counter claim for damages filed in ███████████████████████████████████ ███████ Superior Court of California, County of Alameda.

13. Attached as <u>Exhibit 12</u> is true and correct copy of a December 9, 2024 People's response to defendant's motion to dismiss filed in ███████████████████████ Superior Court of California, County of Alameda.

14. Attached as <u>Exhibit 13</u> is a true and correct copy of a screenshotted text message exchange between Chief Cooperator and Andy Duong from March 26, 2023, produced by the government as discovery in this case.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. As to matters stated on belief, I believe them to be true.

Executed this 4th day of December, 2025, at Baltimore, Maryland.

               */s/Darryl L. Tarver*
               DARRYL L. TARVER

# EXHIBIT 1
# (submitted under seal)

# EXHIBIT 2
# (submitted under seal)

# EXHIBIT 3
# (submitted under seal)

# EXHIBIT 4
# (submitted under seal)

# EXHIBIT 5
# (submitted under seal)

# EXHIBIT 6
# (submitted under seal)

# EXHIBIT 7
# (submitted under seal)

# EXHIBIT 8
# (submitted under seal)

# EXHIBIT 9
# (submitted under seal)

# EXHIBIT 10
# (submitted under seal)

# EXHIBIT 11
# (submitted under seal)

# EXHIBIT 12
# (submitted under seal)

# EXHIBIT 13
# (submitted under seal)