1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ABRAHAM FINE (CABN 292647)
   MOLLY PRIEDEMAN (CABN 302096)
5  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorneys
6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3717
8       FAX: (510) 637-3724
        Abraham.fine@usdoj.gov
9       Molly.priedeman@usdoj.gov
        Lloyd.farnham@usdoj.gov
10
   Attorneys for United States of America
11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                                  OAKLAND DIVISION

15

16 | UNITED STATES OF AMERICA,          | Case No. 25-CR-0003-YGR
   |                                    |
17 |     Plaintiff,                     | STIPULATION AND [PROPOSED] ORDER TO
   |                                    | CONTINUE STATUS CONFERENCE FROM
18 |     v.                             | JANUARY 28, 2026, TO FEBRUARY 4, 2026,
   |                                    | AND TO EXCLUDE TIME UNDER THE SPEEDY
19 | SHENG THAO,                        | TRIAL ACT THROUGH OCTOBER 19, 2026
   | ANDRE JONES,
20 | DAVID TRUNG DUONG, and
   | ANDY HUNG DUONG,
21 |
   |     Defendants.
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME    1
25-CR-0003 YGR

1  At the status conference held on November 20, 2025, the Court set a trial date in the above-captioned case for October 19, 2026, with jury selection to commence the week before.  The Court also set a scheduling conference for January 28, 2026, and ordered the parties to file proposed case schedules by January 14, 2026.  Two of government counsel, however, are unavailable on January 28, 2026.  Accordingly, all parties hereby stipulate and agree to continue the scheduling conference to February 4, 2026, at 10:00am and to file proposed case schedules by January 21, 2026.

At the November 20, 2025, status conference the Court also excluded time under the Speedy Trial Act through January 28, 2026, and requested that the parties file a written stipulation and proposed order excluding time through the trial date based on the need for effective preparation as well as the complexity of the case.  Accordingly, the government and counsel for all defendants agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing significant amount of discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until October 19, 2026, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that this case is complex within the meaning of the Speedy Trial Act due to the number of defendants and the significant amount of discovery in the case.  *See* 18 U.S.C. § 3161(h)(7)(B)(ii).  The parties further stipulate and agree that the ends of justice served by excluding the time from January 28, 2026, through October 19, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

**IT IS SO STIPULATED**                     CRAIG H. MISSAKIAN
                                             United States Attorney

Dated: January 12, 2026                      ____/s/_____
                                             ABRAHAM FINE
                                             MOLLY K. PRIEDEMAN
                                             LLOYD FARNHAM
                                             Assistant United States Attorneys

      /s/_____
JEFFREY TSAI
DARRYL TARVER
Counsel for Defendant Sheng Thao


      /s/_____
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Defendant Andre Jones


      /s/_____
ED SWANSON
AUGUST GUGELMANN
NEAL STEPHENS
JEFFREY SCHENK
Counsel for Defendant David Duong

      /s/_____
WINSTON CHAN
DOGULAS SPRAGUE
ERIK BABCOCK
Counsel for Defendant Andy Duong

**[PROPOSED] ORDER**

The January 28, 2026, scheduling conference is hereby continued to February 4, 2026, at 10:00am. The parties shall file proposed case schedules by January 21, 2026.

Furthermore, based upon the facts set forth in the stipulation of the parties and the representations made to the Court on November 20, 2025, and for good cause shown, the Court finds that failing to exclude the time from January 28, 2026, through October 19, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that this case is complex within the meaning of the Speedy Trial Act due to the number of defendants and the significant amount of discovery in the case. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). The Court further finds that the ends of justice served by excluding the time from January 28, 2026, to October 19, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 28, 2026, through October 19, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(ii), (B)(iv).

IT IS SO ORDERED.

DATED: _____

                                                YVONNE GONZALEZ ROGERS
                                                United States District Judge