1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ABRAHAM FINE (CABN 292647)
   MOLLY PRIEDEMAN (CABN 302096)
5  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorneys
6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3717
8       FAX: (510) 637-3724
        Abraham.fine@usdoj.gov
9       Molly.priedeman@usdoj.gov
        Lloyd.farnham@usdoj.gov
10
   Attorneys for United States of America
11
                           UNITED STATES DISTRICT COURT
12
                          NORTHERN DISTRICT OF CALIFORNIA
13
                                    OAKLAND DIVISION
14

15 | UNITED STATES OF AMERICA,        ) CASE NO. 25-CR-0003-YGR
                                      )
16 |        Plaintiff,                 ) **UNITED STATES' MOTION FOR LEAVE TO
                                      ) FILE OPPOSITION BRIEF WITH EXCESS
17 |    v.                             ) PAGES AND [PROPOSED] ORDER**
                                      )
18 | SHENG THAO,                       )
     ANDRE JONES,                      )
19 | DAVID TRUNG DUONG, AND            )
     ANDY HUNG DUONG,                  )
20                                    )
                                      )
21 |        Defendants.

Defendants Sheng Thao, Andre Jones, Andy Duong, and David Duong ("Defendants") have filed four separate motions to a *Franks* hearing suppress the fruits of four different search warrants. *See* Dkt. Nos. 119, 136, 138, 141. Specifically, Defendants move for a *Franks* hearing and to suppress the fruits of the June 2024 search warrant executed on their residences and also seek to partially suppress the fruits of three separate electronic data warrants issued in February, March, and May of 2024 related to cell phone data and iCloud and email accounts. *Id*. While many of Defendants' arguments overlap, some assertions are unique to individual Defendants. In total, Defendants' four sets of motions comprise 86 pages of briefing, along with hundreds of pages of exhibits and declarations.

The government submits that the most efficient and coherent way to respond Defendants' various motions is to file one comprehensive opposition brief. Given the length of Defendants' briefing, the various individual arguments they make, and the number of warrants Defendants are challenging, the government needs additional pages to adequately respond to Defendants' motions to suppress and to partially suppress the fruits of those warrants. Accordingly, the government respectfully requests, pursuant to Criminal Local Rule 47-2 and Civil Local Rules 7-4 and 7-11, that it be permitted to submit a comprehensive opposition brief of 40 pages in response to Defendants' various motions to suppress the fruits of the June 2024 residential search warrants and for partial suppression relating to the February, March, and May of 2024 warrants for Defendants' iCloud accounts, cell phone data, and email accounts.

DATED: January 14, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/_____
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys

## [PROPOSED] ORDER

Good cause shown, the government's motion for excess pages to respond to Defendants' motions to suppress is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge