1  MARK GOLDROSEN (CSBN 101731)
   255 Kansas St Ste 340
2  San Francisco, CA 94103-5154
   Tel: 415-565-9600 | Fax: 415-565-9601
3  Email: markgoldro@aol.com

4  SHAWN HALBERT (CSBN 179023)
   217 Leidesdorff Street
5  San Francisco, California 94111
   Tel: (415) 515-1570
6  Email: shawn@shawnhalbertlaw.com

7  Attorney for Defendant
   ANDRE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>    Defendants. | Case No. 25-CR-0003-YGR<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS TO SUPPRESS AND RELATED JOINDERS FROM FEBRUARY 19, 2026 TO MARCH 5, 2026 AT 9:30 A.M. |

The hearing date for defendants' Motions to Suppress and related Joinders is currently set for February 19, 2026 at 9:30 a.m. Due to the unavailability of several defense counsel on that date, the parties respectfully request that the hearing date be continued to March 5, 2026 at 9:30 a.m.

Counsel for Mr. Jones certify that they have obtained approval from counsel for the government

/ / /

/ / /

/ / /

/ / /

1  and all co-defendants to file this stipulation and proposed order.

3  **IT IS SO STIPULATED**

Dated: January 14, 2026

CRAIG H. MISSAKIAN
United States Attorney

_____
JEFFREY TSAI
DARRYL TARVER
Counsel for Defendant Sheng Thao


_____
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Defendant Andre Jones


_____
ED SWANSON
AUGUST GUGELMANN
NEAL STEPHENS
JEFFREY SCHENK
Counsel for Defendant David Duong


_____
WINSTON CHAN
DOUGLAS SPRAGUE
ERIK BABCOCK
Counsel for Defendant Andy Duong


_____
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |

The hearing on defendants' Motion to Suppress and related Joinders is hereby continued from February 19, 2026 at 9:30 a.m. to March 5, 2026, at 9:30am.

IT IS SO ORDERED.

DATED: _____

_____
YVONNE GONZALEZ ROGERS
United States District Judge