1 | MARK GOLDROSEN (CSBN 101731)
255 Kansas St Ste 340
2 | San Francisco, CA 94103-5154
Tel: 415-565-9600 | Fax: 415-565-9601
3 | Email: markgoldro@aol.com

4 | SHAWN HALBERT  (CSBN 179023)
217 Leidesdorff Street
5 | San Francisco, California 94111
Tel: (415) 515-1570
6 | Email: shawn@shawnhalbertlaw.com

7 | Attorney for Defendant
ANDRE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-0003-YGR |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS TO SUPPRESS AND RELATED JOINDERS FROM FEBRUARY 19, 2026 TO MARCH 5, 2026 AT 10:00 A.M.; AS AMENDED |
| v. | |
| SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG, | |
| Defendants. | |

The hearing date for defendants' Motions to Suppress and related Joinders is currently set for February 19, 2026 at 9:30 a.m. Due to the unavailability of several defense counsel on that date, the parties respectfully request that the hearing date be continued to March 5, 2026 at 10:00 a.m.

Counsel for Mr. Jones certify that they have obtained approval from counsel for the government

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME
25-CR-0003 YGR                                                                                                            1

1  and all co-defendants to file this stipulation and proposed order.

3  **IT IS SO STIPULATED**

CRAIG H. MISSAKIAN
United States Attorney

5  Dated: January 14, 2026

_____
JEFFREY TSAI
DARRYL TARVER
Counsel for Defendant Sheng Thao


_____
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Defendant Andre Jones


_____
ED SWANSON
AUGUST GUGELMANN
NEAL STEPHENS
JEFFREY SCHENK
Counsel for Defendant David Duong


_____
WINSTON CHAN
DOUGLAS SPRAGUE
ERIK BABCOCK
Counsel for Defendant Andy Duong


_____
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME
25-CR-0003 YGR

2

# [PROPOSED] ORDER; AS AMENDED

The hearing on defendants' Motion to Suppress and related Joinders is hereby continued from February 19, 2026 at 9:30 a.m. to March 5, 2026, at 10:00am.

IT IS SO ORDERED.

DATED: __January 16, 2026__

                                                                                    _____
                                                                                    YVONNE GONZALEZ ROGERS
                                                                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME   3
25-CR-0003 YGR