UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** February 5, 2026     **Time:** 55 Minutes     **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 25-cr-00003-YGR-1     **Case Name:** UNITED STATES v. Sheng Thao et al
25-cr-00003-YGR-2
25-cr-00003-YGR-3
25-cr-00003-YGR-4

**Attorney for Plaintiff:** Molly Priedeman, Abraham Fine, and Lloyd Farnham
**Attorney for Defendant:** Jeffrey Tsai (Thao); Mark Goldrosen and Shawn Halbert (Jones); Edward Swanson, August P. Gugelmann, and Neal James Stephens (D. Duong); William Sprague, Winston Y Chan, Brianna Walker, and Erik Babcock (A. Duong)

**Defendant: ShengThao;** Present
**Andre Jones;** Present
**David Trung Duong;** Present
**Andy Hung Duong;** Present

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Reported by:** Andrea Bluedorn; via Zoom

PROCEEDINGS

Status Conference – Held.

The Court met with parties to discuss parties' readiness for trial.

Pretrial deadlines are set. Time is excluded from February 5, 2026 to October 13, 2026 for effective preparation of counsel.

Written order to issue.