UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** February 20, 2026         **Time:** 5 Minutes                **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 25-cr-00003-YGR-1         **Case Name:** UNITED STATES v. Sheng Thao et al
          25-cr-00003-YGR-2
          25-cr-00003-YGR-3
          25-cr-00003-YGR-4

**Attorney for Plaintiff:** Molly Priedeman, Abraham Fine, and Lloyd Farnham; via Zoom
**Attorney for Defendant:** Darryl Tarver (Thao); Mark Goldrosen (Jones);
August P. Gugelmann (D. Duong); William Sprague and Erik Babcock (A. Duong); via Zoom

**Defendant: Sheng Thao;** Not Present
       **Andre Jones;** Not Present
       **David Trung Duong;** Not Present
       **Andy Hung Duong;** Not Present

**Deputy Clerk:** Edwin Angelo A. Cuenco                **Reported by:** Not reported

### PROCEEDINGS

Status Conference – Held via Zoom videoconference.

The Court met with parties to discuss parties' request for clarification on Daubert deadlines and trial transcripts.

Parties are ordered to meet and confer and file stipulation re deadlines/transcript requests on the docket.