CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
ABRAHAM FINE (CABN 292647)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Molly.priedeman@usdoj.gov
    Abraham.fine@usdoj.gov
    Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>    Defendants. | Case No. 25-CR-0003-YGR<br><br>REQUEST FOR CLARIFICATION AND MODIFICATION REGARDING CO-CONSPIRATOR STATEMENT BRIEFING |

On February 9, 2026, the Court issued an order setting the pretrial schedule in the above-captioned case. Dkt. 173. Pursuant to the schedule, the government's Co-Conspirator Statements and Rule 404(b) disclosures are due on May 19, 2026. *Id.* Motions regarding the Co-Conspirator Statements and Rule 404(b) Disclosures and any other trial-related motions are due on July 10, 2026, oppositions are due on July 24, 2026, and replies are due on July 31, 2026. *Id.* A motions hearing is scheduled for August 14, 2026. *Id.*

The Court's order does not indicate whether the motions due on July 10, 2026 regarding the Co-Conspirator Statement and Rule 404(b) disclosures would be filed by the government, defense, or both.[1] The government respectfully moves for clarification and to modify the pretrial schedule to permit the government to file a motion to admit Co-Conspirator Statements on July 10, 2026. The government has met and conferred with the defendants in an attempt to reach an agreement, however, understands that the defense's position is that the defendants should move to exclude the Co-Conspirator statements in the first instance.

Under Rule 801(d)(2)(E), it is the government's burden to establish by a preponderance of the evidence that: 1) a conspiracy existed at the time the statement was made; 2) the defendants had knowledge of and participated in the conspiracy; and 3) the statement was made in furtherance of the conspiracy. *Bourjaily v. United States*, 483 U.S. 171, 175–76 (1987); *United States v. Martinez-Diaz*, No. 19-CR-00226-RS-1, 2024 WL 393485, at *1 (N.D. Cal. Feb. 1, 2024) (citing *United States v. Larson*, 460 F.3d 1200, 1211 (9th Cir. 2006)). Given that it is the government's burden to demonstrate the admissibility of the statements, the government believes it is more appropriate for the government to affirmatively move to admit the statements by explaining the necessary predicate facts. Presumably if the defendants file the initial motion to exclude without the benefit of the government's proffer as to how the statements satisfy Rule 801(d)(2)(E), they will argue that the government has not met its burden. That approach is inefficient.

---

[1] At the February 5, 2026 status conference, the Court stated that defense's motions to exclude co-conspirator statements would be due July 10, 2026, and the government would oppose those motions by July 24, 2026, however the Court's order did not incorporate those additional details. February 5, 2026 Hearing Tr. at 21:16-23.

REQUEST FOR CLARIFICATION AND MODIFICATION REGARDING CO-CONSPIRATOR STATEMENT BRIEFING
25-CR-0003 YGR

The government's proposed approach is also consistent with the Court's approach in *United States v. Cervantes et. al.*, No. 21-CR-328 YGR, where the government affirmatively moved to admit co-conspirator statements under Rule 801(d)(2)(E), which the defendants then opposed.  Dkt. 1164.

Accordingly, the government proposes the below clarification/modification to the pretrial schedule:

- Government Motions Re Co-Conspirator Statements Due on July 10, 2026
- Defense Motions re: 404(b) Disclosures Due on July 10, 2026
- Other trial-related Motions Due on July 10, 2026

CRAIG H. MISSAKIAN
United States Attorney

*Molly K. Priedeman*

MOLLY K. PRIEDEMAN
ABRAHAM FINE
LLOYD FARNHAM
Assistant United States Attorneys

Dated: April 10, 2026

REQUEST FOR CLARIFICATION AND MODIFICATION REGARDING CO-CONSPIRATOR STATEMENT BRIEFING
25-CR-0003 YGR

3