CRAIG MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Molly.priedeman@usdoj.gov
    Lloyd.farnham@usdoj.gov
    Brandon.moore@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>    Defendants. | CASE NO. CR 25-CR-0003-YGR<br><br>UNITED STATES' NOTICE RE MAY 19, 2026, DISCLOSURES TO DEFENSE COUNSEL<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Trial Date: October 13, 2026 |

The United States hereby provides notice that pursuant to the Court's scheduling order (Dkt. No. 173), on May 19, 2026, the United States served on all defense counsel the following materials: (1) Government's preliminary witness list; (2) Government's preliminary exhibit list; (3) Government's disclosures pursuant to Federal Rule of Evidence 404(b); and (4) Government's disclosures regarding co-conspirator statements.

DATED: May 19, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

__/s/_____
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
BRANDON MOORE
Assistant United States Attorneys