JEFFREY E. TSAI (SBN 226081)
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel: 415.836.2500
jeff.tsai@dlapiper.com

DARRYL L. TARVER (admitted *pro hac vice*)
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, Maryland 21202
Tel: 410.580.4123
darryl.tarver@dlapiper.com

*Attorneys for Defendant*
*Sheng Thao*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-0003-YGR (KAW) |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| v. | |
| SHENG THAO, | **and** |
| Defendant. | **[PROPOSED] ORDER** |

Defendant Sheng Thao and the United States, by and through their counsel of record, hereby stipulate as follows:

1.     Sheng Thao made her initial appearance before the Court on January 17, 2025. The Court entered an order setting an unsecured bond in the amount of $50,000 and set conditions of release (including, in relevant part, a no-travel restriction outside of the Northern and Eastern Districts of California). See Dkt. No. 14.

2.     The parties agree on the following conditions-of-release modification permitting Ms. Thao to travel to the following locations on the following dates:

   a.   St. Paul, Minnesota (District of Minnesota) – June 23 – July 14, 2026: Ms. Thao plans to prepare for and attend a funeral service following the recent death of a family member and to partake in post-funeral cultural traditions.

   b.   El Monte, California (Central District of California) – July 16, 2026, July 31 – August 4, 2026, and August 20-24, 2026: Ms. Thao plans to visit family in El Monte during this time.

   c.   Las Vegas, Nevada (District of Nevada) – July 17-18, 2026: Ms. Thao plans to spend time with family in Las Vegas during this time.

   d.   Escondido, California (Southern District of California) – August 5-12, 2026: Ms. Thao intends to visit longtime friends in Escondido during this time.

3.     Pretrial Services Officer Jessica Portillo has no objection to the stipulated location or travel modification of Ms. Thao's conditions of release.

IT IS SO STIPULATED.

Dated:  June 17, 2026                              DLA PIPER LLP (US)

                                                  By: */s/ Jeffrey Tsai*
                                                       JEFFREY E. TSAI

                                                  *Attorney for Defendant*
                                                  *SHENG THAO*

1

STIPULATION TO MODIFY CONDITIONS OF RELEASE AND [PROPOSED] ORDER
CASE NO. 25-CR-0003-YGR (KAW)

Dated:  June 17, 2026

CRAIG H. MISSAKIAN
United States Attorney


By:  */s/ Abraham Fine*
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
BRANDON MOORE

*Assistant United States Attorneys*

STIPULATION TO MODIFY CONDITIONS OF RELEASE AND [PROPOSED] ORDER
CASE NO. 25-CR-0003-YGR (KAW)

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, Defendant Sheng Thao's conditions of release are modified as follows:

Ms. Thao is permitted to travel to/from the following locations for during the dates below:

4.   St. Paul, Minnesota (District of Minnesota) – June 23 – July 14, 2026;

5.   El Monte, California (Central District of California) – July 16, 2026, July 31 – August 4, 2026, and August 20-24, 2026;

6.   Las Vegas, Nevada (District of Nevada) – July 17-18, 2026; and

7.   Escondido, California (Southern District of California) – August 5-12, 2026.

IT IS SO ORDERED.

Dated:                                           _____

THE HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE