UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br><br>Defendant. | Case No. 4:25-cr-00003-YGR-1  (KAW)<br><br>**ORDER DENYING EX PARTE APPLICATION WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 208-2 |

On June 30, 2026, Defendants filed a motion to seal an ex parte application for a discovery device. (Dkt. No. 208.)  The motion to seal was granted by separate order.

Now, the Court DENIES WITHOUT PREJUDICE the accompanying ex parte application (Dkt. No. 208-2) on the grounds that the discovery device sought to be issued was erroneously duplicative. (*Compare* Dkt. No. 208-4 at 2, 4, 6, 8, 10, 12, 14, 16.)

Additionally, the Court notes that the information sought by the discovery device was overbroad compared to the facts described in the application.  The Court, however, trusts that any future application, and the accompanying discovery devices, will comport with the Federal Rules of Criminal Procedure and the legal authority cited.

This resolves Dkt. No. 208-2.

IT IS SO ORDERED.

Dated: July 2, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge