Winston Y. Chan (SBN 214884)
Christine A. Bonomo (SBN 364178)
Hannah Erin Stone (SBN 339612)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8362
Facsimile: (415) 393-8306
Email: wchan@gibsondunn.com

W. Douglas Sprague (SBN 202121)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Erik Babcock (SBN 172517)
**LAW OFFICES OF ERIK BABCOCK**
420 3rd Street, Suite 250
Oakland, California 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Hung Duong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG,<br><br>Defendants. | Case No. 4:25-CR-00003-YGR<br><br>**DEFENDANT ANDY DUONG'S NOTICE OF PARTIAL JOINDER IN DEFENDANT SHENG THAO'S MOTION FOR AN ORDER EXCLUDING EVIDENCE AT TRIAL PURSUANT TO RULE 404(B); PARTIAL JOINDER IN DEFENDANT ANDRE JONES'S MOTION FOR AN ORDER EXCLUDING EVIDENCE AT TRIAL PURSUANT TO FRE RULE 404(B)** |

DEFENDANT ANDY DUONG'S PARTIAL JOINDER IN DEFENDANT SHENG THAO'S MOTION FOR AN
ORDER EXCLUDING EVIDENCE AT TRIAL PURSUANT TO RULE 404(B); PARTIAL JOINDER IN
DEFENDANT ANDRE JONES'S MOTION FOR AN ORDER EXCLUDING EVIDENCE AT TRIAL PURSUANT
TO FRE RULE 404(B)
CASE NO. 4:25-CR-00003-YGR

# NOTICE

**PLEASE TAKE NOTICE** that on August 14, 2026, at 9:00 a.m., before the Honorable Yvonne Gonzalez Rogers, Defendant Andy Hung Duong will and hereby does join Sections III.B and III.C of Defendant Sheng Thao's Motion for an Order Excluding Evidence at Trial Pursuant to Rule 404(b), *see* Dkt. 218, and Sections II.B and II.C of Defendant Andre Jones's Motion for an Order Excluding Evidence at Trial Pursuant to FRE Rule 404(b), *see* Dkt. 221, which seek to exclude evidence involving Andy Duong.  In addition to the evidence sought to be excluded in his Motion to Exclude Evidence of Other Crimes, Wrongs, Or Acts (Rule 404(b) Evidence), Andy Duong moves the Court to exclude the evidence described herein.

Specifically, Sheng Thao argues that the evidence described in Section III.B of her motion should be excluded because it is remote in time, unconnected to the alleged bribery scheme, and lacks the required similarity to the alleged scheme to qualify as modus operandi evidence.

A. Jones argues the evidence described in Sections II.B and II.C of  his motion (joined by S. Thao in Section III.C of her motion) should be excluded because it is not mentioned in the indictment, is not connected to the alleged bribery scheme, and is not needed for the government to present a coherent and comprehensible story regarding the commission of the alleged scheme.

For these reasons, Andy Duong respectfully joins in part in Sheng Thao's and Andre Jones's motions and requests the Court exclude the above evidence from trial.

DEFENDANT ANDY DUONG'S PARTIAL JOINDER IN DEFENDANT SHENG THAO'S MOTION FOR AN ORDER EXCLUDING EVIDENCE AT TRIAL PURSUANT TO RULE 404(B); PARTIAL JOINDER IN DEFENDANT ANDRE JONES'S MOTION FOR AN ORDER EXCLUDING EVIDENCE AT TRIAL PURSUANT TO FRE RULE 404(B)
CASE NO. 4:25-CR-00003-YGR

DATED: July 14, 2026

Respectfully submitted,

By: */s/ Winston Chan*
Winston Y. Chan
Christine A. Bonomo
Hannah Erin Stone
GIBSON, DUNN & CRUTCHER LLP

W. Douglas Sprague
COVINGTON & BURLING LLP

Erik Babcock
LAW OFFICES OF ERIK BABCOCK

Attorneys for Defendant Andy Hung Duong

3