UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 14, 2026          **Time:** 2:14 PM - 2:35 PM          **Judge:** KANDIS A. WESTMORE
                                               (21 minutes)
**Case No.**: 25-cr-00003-YGR-1          **Case Name:** UNITED STATES v. Thao, et al
          (All Defendants)

**Attorney for Defendant Sheng Thao:** Darryl Tarver
**Attorney for Defendant Andre Jones:** Mark Goldrosen
**Attorney for Defendant David Trung Duong:** August Gugelmann
**Attorney for Defendant Andy Hung Duong:** Christine Bonomo

**Deputy Clerk:** Cindy C. Fan                    **Reported by:** Not reported/recorded.
**Interpreter:** NA                               **Probation Officer:** NA

**PROCEEDINGS**

Ex Parte Telephone Conference with Defendants' Counsels held via Zoom Conference Call.