Jeffrey Tsai (SBN 226081)
 *jeff.tsai@us.dlapiper.com*
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:  (415) 615-6055

Darryl Louis Tarver (*Admitted pro hac vice*)
 *darryl.tarver@us.dlapiper.com*
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Tel:  (410) 580-4123

*Attorneys for Defendant Sheng Thao*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. 4:25-CR-3-YGR |
|---|---|
| Plaintiff, | **DEFENDANT SHENG THAO'S JOINDER IN DEFENSE MOTIONS TO EXCLUDE** |
| v. | |
| SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG, | |
| Defendants. | |

-1-

Defendant Sheng Thao, through her counsel, hereby respectfully joins the following papers filed on July 10, 2026 by co-defendants Andy Duong and David Duong.[1]

Ms. Thao joins Andy Duong's motion to exclude four matters. See Dkt. 219 (submitted partially under seal). Ms. Thao contends these matters are inadmissible for the same reasons argued in Andy Duong's motion to exclude. Three of these matters do not relate to Ms. Thao at all, and they are not admissible against her. See, e.g., United States v. Erickson, 75 F.3d 470, 479 (9th Cir. 1996) ("evidence of a defendant's prior bad acts is admissible only against that defendant").

As to David Duong's Opposition to Admission of Certain Coconspirator Statements (Dkt. 216) filed on behalf of all defendants, Ms. Thao wishes to make clear for the record that she joins in the Opposition.

Dated: July 24, 2026                      Respectfully submitted,

                                          DLA PIPER LLP (US)

                                          By:/s/ *Darryl Louis Tarver*
                                          JEFFREY TSAI
                                          DARRYL LOUIS TARVER (*Admitted pro hac vice*)

                                          *Attorneys for Defendant Sheng Thao*

---

[1] Ms. Thao previously filed her joinder in the motion to exclude filed by Defendant Andre Jones. See Dkt. 233.

-2-