Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Attorneys for DAVID DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>              vs.<br><br>SHENG THAO, et al.,<br><br>                                   Defendants. | No. CR 25-0003 YGR (KAW)<br><br>**ORDER GRANTING AMENDED *EX PARTE* APPLICATION FOR SUBPOENAS**<br><br>**SUBMITTED UNDER SEAL** |

The Court hereby GRANTS Defendants' *ex parte* application for issuance of the requested Rule 17(c) subpoenas to:

1)      The California Department of Real Estate for records related to the July 22, 2014 complaint in matter H-11739 against Mario Roberto Juarez (AKA Mario Roberto Juarez, Jr.) DOB 5/20/77, including the accusation, any attachments, any response by Juarez, and any correspondence with Juarez regarding the complaint.

2)      Jack Cohen/Balboa LLC for records relating to the 2024 loan by Cohen and/or Balboa LLC to Mario Juarez or to entities affiliated with Juarez such as Ciudades Holdings LLC or Genfinity Homes, including contracts, correspondence with Juarez, and financial records.

3)      Rosana Eyvaznejad/American First Financial Corp for (1) records relating to the employment of Mario Juarez (such as employee file, employment contract, compensation records/payroll records); and (2) communications with Juarez regarding Roselia Prado or the Oakland Community Fund.

4)      Old Republic Title Company for records from 2009-2013 relating to escrow accounts in which Mario Juarez or an entity affiliated with Juarez (including The Mario Juarez Selling Team, Mario Juarez Realty, Villa One LLC, The Neal Juarez LLC, American First Financial Corp., Fireside California Group, Fireside Escrow Services) participated as a client, a representative of buyer or seller, or a representative of a borrower or lender. Records requested include final escrow statements and correspondence between Old Republic Title Company and the above-referenced individuals and entities.

5)      East Oakland Faith Deliverance Center Church (EOFDCC) for records relating to a 2013 real estate or loan transaction in which EOFDCC hired Mario Juarez, including records relating to the transaction itself, claims for payment made by or on behalf of Mario Juarez or Villa One LLC, and correspondence with Juarez.

6)      Wells Fargo Bank for certain records relating to an account opened during 2012-2013 that was controlled by Mario Roberto Juarez, Mario Juarez Realty, or Villa One, LLC, or on which Juarez was a signatory, specifically documents reflecting ownership and control of the account and documents showing deposits, including check images, to the account.

7)      The Pacific Companies for documents and communications related to a 2024 loan to Mario Juarez or an entity affiliated with Juarez (including Genfinity Homes).

8)      Coldwell Banker for documents related to Mario Juarez and a 2022 project related to Siena Drive or Oakland Sienna LLC.

**Order for Issuance of Subpoenas**
*United States v. Thao, et al.*, CR 25-0003 YGR (KAW)

IT IS FURTHER ORDERED that responsive documents shall be produced within 28 days of service of the subpoenas.

Dated: July 29, 2026

_____
Hon. Kandis A. Westmore
United States Magistrate Judge

**Order for Issuance of Subpoenas**
*United States v. Thao, et al.*, CR 25-0003 YGR (KAW)