CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Molly.priedeman@usdoj.gov
    Lloyd.farnham@usdoj.gov
    Brandon.moore@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-CR-0003-YGR |
| Plaintiff, | **NOTICE OF ERRATA RE TYPO IN CASE CITATION IN THE UNITED STATES' OPPOSITION TO DEFENDANT ANDRE JONES' MOTION FOR SEVERANCE** |
| v. | |
| SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, AND ANDY HUNG DUONG, | |
| Defendants. | |

The government's opposition to Defendant Andre Jones' motion for severance cited the Ninth Circuit's unpublished decision in *United States v. Moreno* and listed the citation for the decision as 619 F. App'x 308 (9th Cir. 2015).  *See* Dkt. No. 239 at 14.  That citation contained a manual typo and is off by one digit.  The correct citation for the Ninth Circuit's decision is *United States v. Moreno*, 618 F. App'x 308 (9th Cir. 2015).

DATED:  July 29, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


__/s/_____
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
BRANDON MOORE
Assistant United States Attorneys

U.S.' OPP. TO MOTIONS TO EXCLUDE EVIDENCE  1
25-CR-0003-YGR