Winston Y. Chan (SBN 214884)
Christine A. Bonomo (SBN 364178)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8362
Facsimile: (415) 393-8306
Email: wchan@gibsondunn.com

W. Douglas Sprague (SBN 202121)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Erik Babcock (SBN 172517)
**LAW OFFICES OF ERIK BABCOCK**
420 3rd Street, Suite 250
Oakland, California 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Hung Duong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG, <br><br> Defendants. | Case No. 4:25-CR-00003-YGR <br><br> **DEFENDANT ANDY DUONG'S NOTICE OF JOINDER IN DEFENDANT DAVID DUONG'S OPPOSITION TO ADMISSION OF CERTAIN COCONSPIRATOR STATEMENTS** |

**NOTICE**

**PLEASE TAKE NOTICE** that on August 14, 2026, at 9:00 a.m., before the Honorable Yvonne Gonzalez Rogers, Defendant Andy Hung Duong will and hereby does join the Opposition to Admission of Certain Coconspirator Statements filed by Defendant David Duong, *see* Dkt. 216.  The pleading was filed on behalf of all defendants.  To ensure the record is clear, however, Andy Duong joins in the Opposition filed by David Duong.

Specifically, Defendants object to certain statements the government noticed in its May 19, 2026, disclosure as admissible under Rule of Evidence 801(d)(2)(E) as statements by a coconspirator because the statements are not in furtherance of the alleged conspiracy or because the government has failed to establish the requisite foundation for their admission.

For these reasons, Andy Duong respectfully joins the Opposition filed by David Duong and requests the Court exclude the evidence from trial.

DATED: July 29, 2026                      Respectfully submitted,


                                          By: */s/ Christine Bonomo*
                                          _____
                                          Christine A. Bonomo
                                          Winston Y. Chan
                                          GIBSON, DUNN & CRUTCHER LLP

                                          W. Douglas Sprague
                                          COVINGTON & BURLING LLP

                                          Erik Babcock
                                          LAW OFFICES OF ERIK BABCOCK

                                          Attorneys for Defendant Andy Hung Duong

1

DEFENDANT ANDY DUONG'S NOTICE OF JOINDER IN DEFENDANT DAVID DUONG'S OPPOSITION TO
ADMISSION OF CERTAIN COCONSPIRATOR STATEMENTS
CASE NO. 4:25-CR-00003-YGR