MARK GOLDROSEN (CSBN 101731)
255 Kansas Street, Ste 340
San Francisco, CA 94103-5154
Tel: 415-565-9600 | Fax: 415-565-9601
Email: markgoldro@aol.com

SHAWN HALBERT  (CSBN 179023)
217 Leidesdorff Street
San Francisco, California 94111
Tel: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

Attorneys for Defendant ANDRE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>vs.<br><br>SHENG THAO, et al.,<br><br>　　　　Defendant. | Case No. 25-cr-0003 YGR<br><br>NOTICE THAT PARTIES WILL BE REQUESTING DAILY TRIAL TRANSCRIPTS |

Pursuant to the Order Setting Pretrial Schedule (Dkt. 173) the parties were to give the Court notice of whether they would be requesting daily trial transcripts by August 3, 2026. The parties apologize for filing this notice one day late. The government and the defendants will be requesting the preparation of daily trial transcripts. The parties will make arrangements with the Court Reporter Coordinator at least one week prior to the commencement of the trial, as stated in the Court's Order.

DATED: August 4, 2026

Respectfully submitted,

　/s/ Mark Goldrosen
MARK GOLDROSEN
SHAWN HALBERT
Attorneys for Defendant
Andre Jones

NOTICE OF REQUEST FOR DAILY TRIAL TRANSCRIPTS
Case No. 25-CR-0003 YGR                    1