MARK GOLDROSEN (CSBN 101731)
255 Kansas Street, Ste 340
San Francisco, CA 94103-5154
Tel: 415-565-9600 | Fax: 415-565-9601
Email: markgoldro@aol.com

SHAWN HALBERT  (CSBN 179023)
217 Leidesdorff Street
San Francisco, California 94111
Tel: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

Attorneys for Defendant ANDRE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-cr-0003 YGR |
| Plaintiff | |
| vs. | DEFENSE PROPOSED ADDITIONS TO STANDARD SURVEY MONKEY QUESTIONS |
| SHENG THAO, et al. | |
| Defendant. | |

Pursuant to the Order Setting Pretrial Schedule (Dkt. # 173), the parties must file proposed additions to the Standard Survey Monkey Questionnaire by August 6, 2026. The Order limits the parties to submitting ten questions total and directs the parties to meet and confer to see if they can agree on any questions or if they will present five questions each. The order also states that "if the parties cannot narrow to five questions, they must identify their top five questions." *Id*. at 2, n. 2.

The parties met and conferred on August 5, 2026 and did not agree on any questions to submit. Because of the widespread and prejudicial pretrial publicity in this case, the defense is unable to narrow its proposal to five questions. The defense jointly submits 14 questions, with questions one through five as their top choices.

1.    Based on anything you have heard, read, or seen in the press, online, or elsewhere, have you personally formed any opinion about the guilt or innocence of Sheng Thao, Andre Jones, David Duong, or Andy Duong for the crimes charged in this case?

DEFENSE PROPOSED ADDITIONS TO STANDARD SURVEY MONKEY QUESTIONS

Case No. 25-CR-0003 YGR                    1

Yes
Unsure
No
If yes or unsure, please summarize your opinion:
Not applicable, I have not read/seen/heard about any of these people or this case.

This question should be included as a follow-up to Question 27 of the Standard Survey Monkey Questionnaire, which asks the Prospective Jurors if they have knowledge about the allegations in this case. Question 27 also includes a blank where a description of the general facts of the case is to be given to the Prospective Jurors.[1] The defense proposes that the description should be the following: The indictment in this case alleges that Andy and David Duong paid bribes to Sheng Thao and her partner Andre Jones in exchange for benefits to their companies. All of the defendants have pled not guilty to the indictment.

2.    Did you follow the recall of Sheng Thao when she was mayor of Oakland?
Yes
No
If yes, please share your thoughts on the recall of Sheng Thao:

3.    Do you have any strong feelings, either positive or negative, about public officials in general or specifically about public officials in Oakland or elsewhere in Alameda County?
Yes
No
If yes, please explain:

4.    Do you have any feelings, either positive or negative, about people gaining access to politicians as a result of their political donations or campaign contributions?
Yes
No
If yes, please explain:

5.    How ethical in your opinion are people and companies involved in the garbage and recycling business, including California Waste Solutions?
Extremely ethical
Very ethical
Moderately ethical
Not very ethical
Unethical

6.    Have you or anyone close to you ever been employed by or applied to work for the

---

[1] https://cand.uscourts.gov/sites/default/files/forms/Jury_StandardCriminalTrial_SurveyMonkey05-2025.pdf

DEFENSE PROPOSED ADDITIONS TO STANDARD SURVEY MONKEY QUESTIONS

Case No. 25-CR-0003 YGR                    2

City of Oakland, other cities in Alameda County, Alameda County, or California Waste Solutions?
Yes
No
If yes, what were the positions and approximate dates of employment:

7.    How concerned are you about corruption influencing local elected officials?
Very concerned
Somewhat concerned
Not too concerned
Not at all concerned
Please explain your opinion:

8.    What are your main sources of news / current events? Please list those that fall into the categories below.
Newspapers:
Social Media:
Television:
Radio:
Internet:
Conversations:
Other:

9.    Have you ever read or otherwise obtained information from any of the following sources? If yes, please circle those that apply?
Oaklandside
Berkeleyside
East Bay Insider
SF Chronicle
SF Gate
East Bay Times
Nextdoor
Forum at KQED

10.    Have you commented on, "liked," posted or tweeted anything on social media about any of the defendants or this case?
Yes
No
If yes, please explain:

11.    Have you or has anyone close to you worked in politics, political campaigns, or political lobbying? (check all that apply)
Yes, self
Yes, spouse/significant other
Yes, family or close friend
No
If yes, please explain:

12.    Have you or has anyone close to you ever run for political office? (check all that

DEFENSE PROPOSED ADDITIONS TO STANDARD SURVEY MONKEY QUESTIONS

Case No. 25-CR-0003 YGR                    3

apply)
Yes, self
Yes, spouse/significant other
Yes, family or close friend
No
If yes, please explain:


13.    In your opinion, how ethical are public officials in the City of Oakland or elsewhere in Alameda County?
Extremely ethical
Very ethical
Moderately ethical
Somewhat ethical
Not very ethical

14.    Do you or to your knowledge do your friends or family members have strong opinions or feelings about any of the defendants or this case, that would influence your ability to be a fair and impartial juror in this case?
Yes
No
If yes, please explain:

DATED: August 6, 2026                          Respectfully submitted,


                                    /s/ Mark Goldrosen
                                   MARK GOLDROSEN
                                   SHAWN HALBERT
                                   Attorneys for Defendant
                                   Andre Jones

DEFENSE PROPOSED ADDITIONS TO STANDARD SURVEY MONKEY QUESTIONS

Case No. 25-CR-0003 YGR                          4