Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          vs.<br><br>SHENG THAO, et al.,<br><br>                          Defendants. | No. CR 25-0003 YGR<br><br>**NOTICE OF REFILING OF DEFENDANTS' MOTION TO EXCLUDE CERTAIN COCONSPIRATOR STATEMENTS (Dkt. 261) AND WITHDRAWAL OF APPLICATION FOR SEALING ORDER** |

On July 10, defendant David Duong filed a motion to exclude certain alleged coconspirator statements. Dkt. 216. In light of the protective order in this case, and in order to prevent potential jurors from being exposed to information that may be excluded at trial, the motion was filed partially redacted, with the exhibit thereto submitted entirely under seal, and defendants applied for a sealing order. As the defense noted in its reply brief (Dkt. 256 at 2, n.1), despite the pendency of the sealing application the government filed its opposition on the public

docket and thereby revealed the information the defense sought to seal. Because the sealing application is now moot, Mr. Duong hereby withdraws it and refiles the motion and exhibit without redactions. The defense will address the implications of the government's public filing and the ensuing press coverage in jury selection and other motions if necessary.

Dated: August 11, 2026                           Respectfully submitted,

                                                      /s/
                                                 Edward W. Swanson
                                                 August Gugelmann
                                                 SWANSON & McNAMARA LLP

                                                 Neal J. Stephens
                                                 Jeffrey B. Schenk
                                                 Thao Donnelly
                                                 JONES DAY

                                                 Attorneys for David Duong

**Notice of Refiling of Motion**
*United States v. Thao, et al.*, CR 25-0003 YGR