# EXHIBIT A

| | Declarant | Date | Government's Summary of Statement | Quote | Government's Co-conspirator Explanation |
|---|---|---|---|---|---|
| 1 | Juarez | 2022-2023 | Juarez's statements to Gallegos about Thao's agreement to purchase 300 housing units from Evolutionary Homes | Report of interview: "Juarez told Gallegos that Juarez confirmed the city planned to buy 300 EH units for $300,000 each." | The statements further the conspiracy by inducing Gallegos to further the goals of the conspiracy, namely by encouraging him to facilitate the purchase of housing units from Evolutionary Homes |
| 2 | Juarez | 2023-2024 | Juarez's statements to Wedge about Thao's agreement to buy housing units from Evolutionary Homes | Report of interview: "In Wedge's initial conversation with Juarez, he did not say when Thao agreed to work with him, just that Thao had promised to buy 300 units on behalf of the City of Oakland. Juarez never mentioned payments to Thao or the negative mailers when he told Wedge about the agreement with Thao." | The statements represent an effort to recruit Julie Wedge to work on Evolutionary Homes, in furtherance of the conspiracy's goals |
| 3 | Juarez | 2023-2024 | Juarez's statements to Frost about Thao's agreement to buy housing units from Evolutionary Homes | Report of interview: "Juarez told Frost that Thao had agreed for the city of Oakland to buy 300 EH housing units. From Juarez's statements, Frost understood that it was a done deal that Oakland would buy 300 EH housing units." | The statements represent an effort to recruit Cesley Frost to work on Evolutionary Homes, in furtherance of the conspiracy's goals |
| 4 | Juarez | 10/5/22 | Juarez discusses the formation of Evolutionary Homes, and the history of his relationship with the Duongs and CWS, including his involvement and knowledge of their payments related to the recycling contract | [1 minute, 30 second video] | These statements serve to convey the purpose of the conspiracy and serve to reassure the other coconspirators that Juarez will defend the Duongs and act in their best interest in furtherance of the conspiracy |

| | Declarant | Date | Government's Summary of Statement | Quote | Government's Co-conspirator Explanation |
|---|---|---|---|---|---|
| 5 | A. Duong | 2022-2024 | A. Duong's statements to Juarez that he records politicians in case he needs to use it for leverage later on | Report of interview: "Juarez knows that Andy records politicians in inappropriate and embarrassing positions to later use as blackmail against them." | The statements further the conspiracy by facilitating the bribe, planning and executing the conspiracy, and ensuring continued participation of the coconspirators |
| 6 | Juarez | 5/2/23 | Juarez messages J. Wedge and states that Thao was working closely with CWS, all deals were cut, and that Gallegos was assigned to work on the proposal | MJ: Also your friends at the Mayors office are working close with sheng and company<br>MJ: From CWS<br>…<br>MJ: All deals are Cut<br>...<br>MJ: We had Larry Gallegos assigned to Housing from CEDA to walk out proposal | The statements represent an effort to recruit J. Wedge to work on Evolutionary Homes, in furtherance of the conspiracy's goals |
| 7 | A. Duong | 1/20/24 | A. Duong discusses the recall attempts against Thao and others as well as Evolutionary Homes. A. Duong tells Kevin Jenkins that he directed Thao to send Jestin Johnson to view Evolutionary Homes if she wanted to win another election. | [8 minute, 20 second recording] | These statements further the purpose of the conspiracy by encouraging Jenkins to support Evolutionary Homes, as directed by Thao. |
| 8 | A. Duong | 2/23/24 | A. Duong messages D. Duong and said that Sheng called and asked if they can pay for a bus for a her team for a parade | AD: Dad, Oakland Deputy of Mayor Kimberly Mayfield asked if CWS can help with their Black Joy Parade by sponsoring their buses?<br>DD: I do not know if she can do anything good<br>…<br>AD: She still deputy Mayor and can move things around beside Sheng. Sheng also asked her to ask us about the parade too<br>AD: Thao asked to help bus cost $2,025 | These statements represent a request by Thao for additional funds in furtherance of the conspiracy and to ensure Thao's continued participation in the conspiracy |

| | Declarant | Date | Government's Summary of Statement | Quote | Government's Co-conspirator Explanation |
|---|---|---|---|---|---|
| 9 | Thao | 9/18/23 | Thao calls A. Duong and tells him not to invite certain councilmembers to events, and that instead he and David have to "pick and choose" who they are going to invite | [4 minute, 33 second recording] | These statements are made in furtherance of the conspiracy by telling A. Duong that he has to "pick and choose" who they invite to events, Thao is relaying that if they want her to take actions in furtherance of the conspiracy, they need to prioritize her demands over other councilmembers |
| 10 | A. Duong | 5/3/24 | A. Duong messages Duong family chat and says that one of his "personal OPD" officers will contact him the next day to make a report | One of my personal OPD will contact me tomorrow around 11-12 to come and do report | The statements represent an effort to plan and execute and the conspiracy, as well as to conceal and preserve the conspiracy by ensuring that Juarez did not report the illegal activity, and by attempting to discredit his future recitation of criminal activity |
| 11 | Juarez | 2023 | Juarez's statements to Gallegos about the Vietnam trip, including that he would hear from the Mayor's Office about an invitation | Report of interview: "Gallegos attended the delegation trip to Vietnam in August 2023. Juarez asked Gallegos if Gallegos wanted to go on a trip with the mayor and Gallegos said yes. This conversation likely occurred on a phone call. Then the Vietnamese American Business Association (VABA) contacted Gallegos about the trip." | The statements further the conspiracy by inducing Gallegos to further the goals of the conspiracy, namely by encouraging him to facilitate the purchase of housing units from Evolutionary Homes |
| 12 | D. Duong/Jones | 3/9/23 | D. Duong and Jones discuss meeting, and Jones requests $5000 for Niagara foundation | DD: [sends link] This good place to meet<br>AJ: Sounds good. See you there.<br>DD: See you at 6<br>…<br>AJ: $5,000.00 Niagara Movement Foundation | These statements represent efforts to plan and execute the conspiracy and encourage continued participation of coconspirators |