CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov
Brandon.moore@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>Defendants. | Case No. 25-CR-0003-YGR<br><br>STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR MOTIONS IN LIMINE AND REDACTIONS TO TEXT MESSAGE CHAINS AND RECORDINGS |

At the motion hearing held on August 14, 2026, the Court instructed the parties to meet-and-confer regarding: (1) a deadline for the government to identify the 500 exhibits it was most likely to use in its case-in-chief; (2) a revised schedule for motions in limine; and (3) a process for litigating evidentiary disputes regarding text message chains and recordings. Accordingly, the parties hereby stipulate to the following schedule and process:

- August 20, 2026: The government identifies the top 500 exhibits it currently anticipates introducing in its case-in-chief. For the text message chains and recordings included on the government's list of 500 exhibits, the government will specify whether it intends to offer the entirety of a text message chain or recording, or whether it intends to admit only excerpts (and will identify those excerpts). Where the government intends to offer the entire text chain or recording, it will indicate whether it will later propose appropriate redactions for those text chains or recordings.
- August 25, 2026: The parties exchange motions in limine.[1]
- August 26, 2026: The parties meet and confer regarding motions in limine.
- August 27, 2026: The parties file any unresolved motions in limine.
- September 3, 2026: The parties file oppositions to motions in limine.
- September 4, 2026: The parties deliver chambers copies of all motion in limine materials to the Court.
- September 11, 2026 at 9:00am (as currently scheduled): Pretrial conference and hearing on motions in limine.

Regarding text message chains and recordings, the parties stipulate to the following process:

- August 20, 2026: The government will make disclosures as set forth above regarding text message chains and recordings.
- September 9, 2026: For text chains or recordings where the government has indicated redactions are appropriate, it will specify those proposed redactions.

---

[1] To the extent the defense is on notice of a specific text exchange or portion of an audio/video recording that the government intends to introduce, any defense MILs regarding that specific excerpt should be exchanged on August 25, 2026.

- September 16, 2026: Defense to propose counter redactions to the government's proposed redactions.
- Between September 16, 2026, and September 23, 2026: Parties to meet and confer regarding redaction issues related to text chains and recordings and attempt to narrow any disagreements.
- September 23, 2026: For any disputed redaction issues, the parties will each file a brief describing their identified excerpts, proposed redactions, or objections to the admissibility of any text message chains and recordings.
- September 30, 2026 at 9:00am (as currently scheduled): Pretrial conference and hearing on parties' disputed redaction issues related to text message chains and recordings.

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

**IT IS SO STIPULATED**

CRAIG H. MISSAKIAN
United States Attorney

Dated: August 14, 2026

___/s/____________________
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
BRANDON MOORE
Assistant United States Attorneys

__/s/____________________
JEFFREY TSAI
DARRYL TARVER
Counsel for Defendant Sheng Thao

__/s/____________________
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Defendant Andre Jones

__/s/______________________________________
ED SWANSON
AUGUST GUGELMANN
NEAL STEPHENS
JEFFREY SCHENK
Counsel for Defendant David Duong

___/s/________________________
WINSTON CHAN
DOGULAS SPRAGUE
ERIK BABCOCK
Counsel for Defendant Andy Duong

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: ____________________

______________________________
YVONNE GONZALEZ ROGERS
Chief United States District Judge