CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov
Brandon.moore@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, AND<br>ANDY HUNG DUONG,<br><br>Defendants. | CASE NO. 25-CR-0003-YGR<br><br>**UNITED STATES' MOTION FOR LEAVE TO FILE MOTION IN LIMINE NUMBER 2 WITH TWO EXCESS PAGES AND [PROPOSED] ORDER** |

The Court's Criminal Standing Order states that motions in limine are limited to seven pages of briefing per side. The government respectfully requests, pursuant to Criminal Local Rule 47-2 and Civil Local Rules 7-4 and 7-11, that it be permitted two extra pages (for a total of nine pages) for its Motion in Limine Number 2 to Preclude Inadmissible Cross-Examination of Mario Juarez. As set forth in the motion, Mario Juarez has pleaded guilty to engaging in a bribery conspiracy with Defendants Sheng Thao, Andre Jones, David Duong, and Andy Duong, and the government intends to call him to testify in its case in chief. The government expects Defendants will seek to cross-examine him on a variety of collateral issues and given the number of topics Defendants raised in their various *Franks* motions earlier, the government respectfully requests two extra pages to describe the various impermissible areas of cross-examination Defendants may pursue.

DATED: August 27, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/____________________
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
BRANDON MOORE
Assistant United States Attorneys

**[PROPOSED] ORDER**

Good cause shown, the government's motion for excess two pages for its Motion in Limine Number 2 is GRANTED.

IT IS SO ORDERED.

DATED: ____________________

____________________________________
HON. YVONNE GONZALEZ ROGERS
Chief United States District Judge