EXHIBIT A - Toro Property Tenant Statement
(United States Trial Exhibit No. 1250)

Prepared By: Toro Property Management
249 Estudillo Avenue
San Leandro, CA 94577

# Tenant Statement

10/15/2021 - 6/4/2024

Andre Jones, Sheng Thao
[redacted]

Lease # 1900778

80 Maiden Lane - 1

| Date | Description | Amount | Balance |
|---|---|---|---|
| 10/15/2021 | Previous balance | | 0.00 |
| 10/15/2021 | Security deposit | 5,500.00 | 5,500.00 |
| 10/15/2021 | First month prorated rent (October 2021) | 2,659.00 | 8,159.00 |
| 10/15/2021 | Security Deposit ($5000.00 and $500 pet deposit) (Check #000830817) | -5,500.00 | 2,659.00 |
| 10/15/2021 | Payment- Pro-rated October 2021 Rent (Check #000830817) | -1,004.50 | 1,654.50 |
| 10/15/2021 | Payment Pro-rated October 2021 Rent (Check #0794916238) | -1,654.50 | 0.00 |
| 10/15/2021 | Payment -November 2021 (Check #0794916238) | -4,850.00 | -4,850.00 |
| 11/1/2021 | Rent | 4,850.00 | 0.00 |
| 12/1/2021 | Rent | 4,850.00 | 4,850.00 |
| 12/5/2021 | CC convenience fee | 143.08 | 4,993.08 |
| 12/5/2021 | by Sheng Thao | -4,993.08 | 0.00 |
| 1/1/2022 | Rent | 4,850.00 | 4,850.00 |
| 1/5/2022 | CC convenience fee | 143.08 | 4,993.08 |
| 1/5/2022 | by Sheng Thao | -4,993.08 | 0.00 |
| 2/1/2022 | Rent | 4,850.00 | 4,850.00 |
| 2/6/2022 | by Sheng Thao | -4,850.00 | 0.00 |
| 3/1/2022 | Rent | 4,850.00 | 4,850.00 |
| 3/5/2022 | by Sheng Thao | -4,850.00 | 0.00 |
| 4/1/2022 | Rent | 4,850.00 | 4,850.00 |
| 4/5/2022 | by Sheng Thao | -4,850.00 | 0.00 |
| 5/1/2022 | Rent | 4,850.00 | 4,850.00 |
| 5/6/2022 | by Sheng Thao | -1,425.00 | 3,425.00 |
| 5/6/2022 | by Andre Jones | -2,400.00 | 1,025.00 |
| 5/6/2022 | by Andre Jones | -1,025.00 | 0.00 |
| 5/11/2022 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Andre Jones | 2,400.00 | 2,400.00 |



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Prepared By: Toro Property Management
249 Estudillo Avenue
San Leandro, CA 94577

# Tenant Statement

10/15/2021 - 6/4/2024

| Date | Description | Amount | Balance |
|---|---|---|---|
| 5/11/2022 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Andre Jones | 1,025.00 | 3,425.00 |
| 5/12/2022 | by Sheng Thao | -1,000.00 | 2,425.00 |
| 5/12/2022 | by Andre Jones | -1,725.00 | 700.00 |
| 5/12/2022 | by Andre Jones | -700.00 | 0.00 |
| 5/17/2022 | by Andre Jones | -700.00 | -700.00 |
| 5/18/2022 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Andre Jones | 700.00 | 0.00 |
| 6/1/2022 | Rent | 4,850.00 | 4,850.00 |
| 6/6/2022 | by Sheng Thao | -1,925.00 | 2,925.00 |
| 6/7/2022 | by Andre Jones | -2,925.00 | 0.00 |
| 6/10/2022 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Andre Jones | 2,925.00 | 2,925.00 |
| 6/10/2022 | by Andre Jones | -2,925.00 | 0.00 |
| 7/1/2022 | Rent | 4,850.00 | 4,850.00 |
| 7/5/2022 | by Sheng Thao | -2,425.00 | 2,425.00 |
| 7/6/2022 | by Andre Jones | -2,425.00 | 0.00 |
| 7/11/2022 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Andre Jones | 2,425.00 | 2,425.00 |
| 7/11/2022 | by Andre Jones | -2,425.00 | 0.00 |
| 8/1/2022 | Rent | 4,850.00 | 4,850.00 |
| 8/1/2022 | by Andre Jones | -2,925.00 | 1,925.00 |
| 8/8/2022 | Late Fee | 125.00 | 2,050.00 |
| 8/9/2022 | by Sheng Thao | -2,050.00 | 0.00 |
| 8/28/2022 | by Andre Jones | -2,925.00 | -2,925.00 |
| 9/1/2022 | Rent | 4,850.00 | 1,925.00 |
| 9/5/2022 | by Sheng Thao | -1,925.00 | 0.00 |
| 10/1/2022 | Rent | 4,850.00 | 4,850.00 |
| 10/2/2022 | by Andre Jones | -2,925.00 | 1,925.00 |
| 10/5/2022 | by Sheng Thao | -1,925.00 | 0.00 |
| 11/1/2022 | Rent | 4,850.00 | 4,850.00 |
| 11/5/2022 | by Sheng Thao | -1,925.00 | 2,925.00 |
| 11/7/2022 | by Andre Jones | -2,925.00 | 0.00 |
| 12/1/2022 | Rent | 4,850.00 | 4,850.00 |
| 12/5/2022 | by Sheng Thao | -1,925.00 | 2,925.00 |

Prepared By: Toro Property Management
249 Estudillo Avenue
San Leandro, CA 94577

# Tenant Statement

10/15/2021 - 6/4/2024

| Date | Description | Amount | Balance |
|---|---|---|---|
| 12/7/2022 | by Andre Jones | -2,925.00 | 0.00 |
| 12/13/2022 | REVERSED - (R01) Balance is not sufficient to cover value of transaction.: by Andre Jones | 2,925.00 | 2,925.00 |
| 12/14/2022 | Charge | 125.00 | 3,050.00 |
| 12/18/2022 | by Andre Jones | -3,050.00 | 0.00 |
| 1/1/2023 | Rent | 4,850.00 | 4,850.00 |
| 1/5/2023 | Payment (Check #1097224299) | -4,850.00 | 0.00 |
| 2/1/2023 | Rent | 4,850.00 | 4,850.00 |
| 2/6/2023 | Late fee | 125.00 | 4,975.00 |
| 2/8/2023 | Payment (Check #0893006060) | -4,975.00 | 0.00 |
| 3/1/2023 | Rent | 4,850.00 | 4,850.00 |
| 3/6/2023 | Late fee | 125.00 | 4,975.00 |
| 3/8/2023 | Payment (Check #1097224751) | -4,850.00 | 125.00 |
| 4/1/2023 | Rent | 4,850.00 | 4,975.00 |
| 4/6/2023 | Late fee | 125.00 | 5,100.00 |
| 4/7/2023 | Payment (Check #0819431406) | -5,100.00 | 0.00 |
| 5/1/2023 | Rent | 4,850.00 | 4,850.00 |
| 5/5/2023 | Payment (Check #5163000039) | -4,850.00 | 0.00 |
| 6/1/2023 | Rent | 4,850.00 | 4,850.00 |
| 6/6/2023 | Late fee | 125.00 | 4,975.00 |
| 6/12/2023 | Payment (Check #1097225472) | -4,975.00 | 0.00 |
| 7/1/2023 | Rent | 4,850.00 | 4,850.00 |
| 7/5/2023 | Payment (Check #1145625370) | -4,850.00 | 0.00 |
| 8/1/2023 | Rent | 4,850.00 | 4,850.00 |
| 8/1/2023 | Payment (Check #3466001490) | -4,850.00 | 0.00 |
| 9/1/2023 | Rent | 4,850.00 | 4,850.00 |
| 9/5/2023 | Payment (Check #1097226169) | -4,850.00 | 0.00 |
| 10/1/2023 | Rent | 4,850.00 | 4,850.00 |
| 10/5/2023 | Payment (Check #0848315777) | -4,850.00 | 0.00 |
| 11/1/2023 | Rent | 4,850.00 | 4,850.00 |
| 11/1/2023 | Payment (Check #0917038901) | -4,850.00 | 0.00 |
| 12/1/2023 | Rent | 4,850.00 | 4,850.00 |
| 12/6/2023 | Payment (Check #0848315968) | -5,100.00 | -250.00 |
| 1/1/2024 | Rent | 4,850.00 | 4,600.00 |



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Prepared By: Toro Property Management
249 Estudillo Avenue
San Leandro, CA 94577

# Tenant Statement

10/15/2021 - 6/4/2024

| Date | Description | Amount | Balance |
|---|---|---|---|
| 1/4/2024 | Payment (Check #0864015613) | -4,850.00 | -250.00 |
| 2/1/2024 | Rent | 4,850.00 | 4,600.00 |
| 2/5/2024 | Payment (Check #0917039479) | -4,850.00 | -250.00 |
| 3/1/2024 | Oakland RAP Fee | 50.50 | -199.50 |
| 3/1/2024 | Rent | 4,850.00 | 4,650.50 |
| 3/5/2024 | Payment (Check #0848316229) | -4,850.00 | -199.50 |
| 4/1/2024 | Rent | 4,850.00 | 4,650.50 |
| 4/4/2024 | toilet seat repair | 65.00 | 4,715.50 |
| 4/5/2024 | Payment (Check #0848316315) | -4,850.00 | -134.50 |
| 5/1/2024 | Rent | 4,850.00 | 4,715.50 |
| 5/6/2024 | Late fee | 125.00 | 4,840.50 |
| 5/6/2024 | Payment (Check #848316425) | -4,850.00 | -9.50 |
| 6/1/2024 | Rent | 4,850.00 | 4,840.50 |
| 6/4/2024 | Payment (Check #0848316532) | -4,850.00 | -9.50 |

**Balance due** **($9.50)**