Jeffrey Tsai (SBN 226081)
*jeff.tsai@us.dlapiper.com*
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: (415) 615-6055

Darryl Louis Tarver (*admitted pro hac vice)*
*darryl.tarver@us.dlapiper.com*
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Tel: (410) 580-4123

*Attorneys for Defendant Sheng Thao*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>Defendants. | Case No. 4:25-CR-00003-YGR-1<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SHENG THAO'S MOTION IN LIMINE NO. 1 (PRECLUDE EVIDENCE OF UNCHARGED ETHICS CONDUCT)**<br><br>Date: September 11, 2026<br>Time: 9:00 a.m.<br>Judge: The Hon. Yvonne Gonzalez Rogers |

**[PRPOSED] ORDER**

Ms. Sheng Thao filed Motion in Limine No. 1 (Precluding Evidence of Uncharged Ethics Conduct) (the "Motion"). The Court, having considered the pleadings and any argument by counsel, hereby **GRANTS** the Motion.

Exhibits 1141 through 1152 (as set forth in the table below) will be precluded from use in the government's case-in-chief or any rebuttal case. As to cross-examination, Exhibits 1141-1152 are also not permissible as extrinsic proof under Federal Rule of Evidence 608.

To the extent that government witness Jelani Killings is the witness who will sponsor these exhibits (specified below), such testimony related to Exhibits 1141 through 1152 is not permissible.

| Exhibit No. | Attachment | Description |
|---|---|---|
| **1141** | Exhibit 2 to Tarver Decl. | Memorandum purporting to establish mandatory training requirements for City of Oakland employees, including ethics trainings. |
| **1142** | Exhibit 3 to Tarver Decl. | Slide deck presentation entitled "Government Ethics Training for Form 700 Filers" presented by Jelani Killings, Ethics Analyst. The 47-slide presentation summarizes several topics, including the Government Ethics Act, Form 700 Statement of Economic Interests Reporting, Restrictions on Gifts from Others, Conflicts of Interests, Misuse of City Resources and Position, Bribery, Nepotism and Revolving Door Rules. |
| **1143** | Exhibit 4 to Tarver Decl. | Slide deck presentation entitled "Rules of the Road: Campaign Activity by Officeholders and City Staff." This presentation is ostensibly from the Public Ethics Commission and contains comments on the requirements imposed on officeholders and city staff by the Government Ethics Act and the Oakland Campaign Reform Act, including restrictions on political activity, the use of city resources for campaign activities, soliciting campaign contributions from other public servants and ballot measure activities. |
| **1144** | Exhibit 5 to Tarver Decl. | Slide deck presentation entitled "Government Ethics Training for Form 700 Filers" presented by Jelani Killings, ethics analyst. |
| **1145** | Exhibit 6 to Tarver Decl. | Document purporting to show Ms. Thao's acceptance of a February 6, 2019, meeting invitation for "Ethics Check-In" |

| Exhibit No. | Attachment | Description |
|---|---|---|
| | | with Jelani Killings. Attached to the meeting invitation is a 121-page document called "Public Ethics Commission: Ethics Resource Binder." The document includes check lists, guides, fact sheets and other policy statements related to several topics in the realm of public ethics. |
| **1146** | Exhibit 7 to Tarver Decl. | Email from a member of Ms. Thao's staff dated July 17, 2019, attaching a document entitled "Public Service Ethics Education Online Proof of Participation Certificate" listing Ms. Thao as the participant who completed the training. |
| **1147** | Exhibit 8 to Tarver Decl. | September 20, 2019, email from a City of Oakland employee to Jelani Killings, copying Ms. Thao, attaching then-councilmember Thao's certification of ethics training for Form 700 filers. Attached to the email are a certificate of completion for Ms. Thao dated September 12, 2019, and what appears to be a printout of the training module. |
| **1148** | Exhibit 9 to Tarver Decl. | December 2021 email thread between Jelani Killings, Ms. Thao and members of Ms. Thao's staff regarding mandatory ethics training. |
| **1149** | Exhibit 10 to Tarver Decl. | January 18, 2023 email from a City of Oakland employee to Jelani Killings and several others containing a chart with names of individuals who are Form 700 filers. Ms. Thao is on the list by virtue of undergoing a department change to the Mayor's Office. |
| **1150** | Exhibit 11 to Tarver Decl. | Email from a City of Oakland employee to "DL – Council Members" dated July 5, 2022 addressing the City of Oakland's new ticket policy and related training. Attached to the email is a City Council ordinance related to ticket distribution policy and a Public Ethics Commission slide deck entitled "City of Oakland Ticket Distribution Policy." |
| **1151** | See Tarver Decl. ¶ 13. | Extraction report from David Duong's laptop. |
| **1152** | Exhibit 12 to Tarver Decl. | 119-page Ethics Resource Binder, which appears to be similar in content to the attachment to Exhibit No. 1145. |

**IT IS SO ORDERED.**

Dated:

THE HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE