Winston Y. Chan (SBN 214884)
Christine A. Bonomo (SBN 364178)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8362
Facsimile: (415) 393-8306
Email: wchan@gibsondunn.com

W. Douglas Sprague (SBN 202121)
Bryanna Walker (SBN 345454)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Erik Babcock (SBN 172517)
**LAW OFFICES OF ERIK BABCOCK**
420 3rd Street, Suite 250
Oakland, CA 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Hung Duong

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG,

Defendants.

Case No. 4:25-CR-00003-YGR

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE REFERENCE TO EVIDENCE HAVING BEEN OBTAINED BY "WARRANT" OR WITH "COURT-AUTHORIZATION"**

**[PROPOSED] ORDER**

On August 27, 2026, Defendants filed a Motion in Limine No. 1 to Exclude Reference to Evidence Having Been Obtained by "Warrant" or with "Court-Authorization" ("Motion"). The Court, having fully reviewed and considered all papers and arguments submitted in support of and in opposition to the Motion, orders that Defendants' Motion is **GRANTED** and precludes the government from introducing the following evidence at trial:

1) References from the prosecution or testimony from witnesses that evidence in the case was obtained by "warrant" or with "court-authorization."

**IT IS SO ORDERED.**

Dated: _______________

_________________________________
Hon. Yvonne Gonzalez Rogers
United States District Court