Jeffrey Tsai (SBN 226081)
*jeff.tsai@us.dlapiper.com*
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: (415) 615-6055

Darryl Louis Tarver (*admitted pro hac vice)*
*darryl.tarver@us.dlapiper.com*
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Tel: (410) 580-4123

*Attorneys for Defendant Sheng Thao*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,

v.

SHENG THAO,
ANDRE JONES,
DAVID TRUNG DUONG, and
ANDY HUNG DUONG,
Defendants.

Case No. 4:25-CR-00003-YGR-1

**[PROPOSED] ORDER GRANTING DEFENDANT SHENG THAO'S MOTION IN LIMINE NO. 2 (TO EXCLUDE STAFF PAY ISSUES)**

Date: September 11, 2026
Time: 9:00 a.m.
Judge: The Hon. Yvonne Gonzalez Rogers

**[PROPOSED] ORDER**

For the reasons set forth in Defendant Sheng Thao's Motion In Limine No. 2, the government shall be precluded from introducing testimony concerning pay issues raised by Defendant Thao's former staff, including (but not limited to) potential testimony from Julie Caskey, Leigh Hanson, Harold Duffey and Noah Finneburgh.

**IT IS SO ORDERED.**

Dated:

THE HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE