Winston Y. Chan (SBN 214884)
Christine A. Bonomo (SBN 364178)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8362
Facsimile: (415) 393-8306
Email: wchan@gibsondunn.com

W. Douglas Sprague (SBN 202121)
Bryanna Walker (SBN 345454)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: dsprague@cov.com

Erik Babcock (SBN 172517)
**LAW OFFICES OF ERIK BABCOCK**
420 3rd Street, Suite 250
Oakland, CA 94607
Telephone: (510) 452-8400
Facsimile: (510) 201-2084
Email: erik@babcocklawoffice.com

Attorneys for Defendant Andy Hung Duong

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG,

Defendants.

Case No. 4:25-CR-00003-YGR

**NOTICE OF AMENDED FILING OF DEFENDANTS' MOTION IN LIMINE NO. 2 TO PRECLUDE IMPERMISSIBLE EXPERT TESTIMONY**

Hearing Date: September 11, 2026
Hearing Time: 9:00 a.m.
Judge: Hon. Yvonne Gonzalez Rogers
Courtroom: 1, 4th Floor

On August 27, 2026, Defendant Andy Duong filed Defendants' Motion in Limine No. 2 to Preclude Impermissible Expert Testimony ("Motion"). Dkt. 304. Due to the simultaneous filing of other parties, footnote citations to supporting documents bear the wrong docket numeration. Defendants hereby file an amended version of the Motion with corrected exhibit citations.

DATED: August 28, 2026

Respectfully submitted,

By: */s/ W. Douglas Sprague*

W. Douglas Sprague
Bryanna Walker
COVINGTON & BURLING LLP

Winston Y. Chan
Christine A. Bonomo
GIBSON, DUNN & CRUTCHER LLP

Erik Babcock
LAW OFFICES OF ERIK BABCOCK

Attorneys for Defendant Andy Hung Duong