Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SHENG THAO, et al.,<br>Defendants. | No. CR 25-0003 YGR<br>**DECLARATION OF AUGUST GUGELMANN IN OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE No. 2 REGARDING CROSS EXAMINATION OF MARIO JUAREZ** |

I, August Gugelmann, declare as follows:

1) I am an attorney licensed to practice in the State of California and admitted to the bar of this Court. I make this declaration of my own personal knowledge and, unless otherwise noted, could testify competently to matters stated herein.

2) Attached as Exhibit A are true and correct copies of documents from the Department of Real Estate regarding the licensure of Mario Juarez.

3) Attached as Exhibit B are true and correct copies of the complaint and application for renewal of judgment in the matter of *Chaudry v. Juarez*, Alameda County Case RG 06-275774. On information and belief, and based on a review of Alameda County Court records, default judgment was entered against Mr. Juarez.

4) Attached as Exhibit C is a true and correct copy of the complaint in the matter of *City of Oakland v. Mario Juarez*, Alameda County Case RG 06298582.

5) Attached as Exhibit D is a true and correct copy of the complaint and declaration of probable cause filed in connection with *People v. Juarez*, Alameda County Superior Court case 21-CR-007063.

6) Attached as Exhibit E is a true and correct copy of the First Amended Complaint in *East Oakland Faith Deliverance Center v Juarez*, Alameda County Superior Court case RG18892913.

7) Attached hereto as Exhibit F is a true and correct copy of Juarez's motion to dismiss, filed in *People v. Juarez*, Alameda County Superior Court No. 24-cr-000882, and the state's opposition to that motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 3rd day of September 2026 at Berkeley, California.

/s/
August Gugelmann