# EXHIBIT B

982.1(20)

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Edwin J. Zinman/James J. Davis, III 54879/104346
Law Offices of Edwin J. Zinman
220 Bush Street, Suite 1600
San Francisco, CA 94104
TELEPHONE NO.: (415) 391-5353 FAX NO. *(Optional)*: (415) 391-0768
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Plaintiffs

*4906892*

FILED
ALAMEDA COUNTY
2006 JUN 22 AM 8:40
CLERK OF THE SUPERIOR COURT
BY ______ DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

PLAINTIFF: Ashraf M. Chaudhry
Laura Thomason

DEFENDANT: Mario R. Juarez, individually, Mario R. Juarez DBA American Judgments Group, Mario Juarez DBA United Judicial Group, Mario R. Juarez DBA The Judicial Group

☒ DOES 1 TO 40

**CONTRACT**

☒ **COMPLAINT** ☐ **AMENDED COMPLAINT *(Number)*:**

☐ **CROSS-COMPLAINT** ☐ **AMENDED CROSS-COMPLAINT *(Number)*:**

**Jurisdiction *(check all that apply)*:**
☐ **ACTION IS A LIMITED CIVIL CASE**
**Amount demanded** ☐ **does not exceed $10,000**
☐ **exceeds $10,000 but does not exceed $25,000**
☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint or cross-complaint**
☐ **from limited to unlimited**
☐ **from unlimited to limited**

CASE NUMBER:
RG06 275774

1. **Plaintiff*** *(name or names)*: Ashraf M. Chaudhry and Laura Thomason
alleges causes of action against **defendant*** *(name or names)*: Mario R. Juarez, Individually, Mario R. Juarez DBA American Judgments Group, Mario R. Juarez DBA United Judicial Group, Mario R. Juarez DBA The Judicial Group
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
☒ **except** plaintiff *(name)*: Mario R. Juarez DBA American Judgments Group, Mario R. Juarez DBA United Judicial Group, Mario R. Juarez DBA The Judicial Group
(1) ☒ a corporation qualified to do business in California
(2) ☐ an unincorporated entity *(describe)*:
(3) ☐ other *(specify)*:

b. ☒ Plaintiff *(name)*: Ashraf M. Chaudhry and Laura Thomason
a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:

b. ☐ has complied with all licensing requirements as a licensed *(specify)*:
c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person

☒ **except** defendant *(name)*: American Judgments Group
(1) ☐ a business organization, form unknown
(2) ☒ a corporation
(3) ☐ an unincorporated entity *(describe)*:

(4) ☐ a public entity *(describe)*:

(5) ☐ other *(specify)*:

☒ **except** defendant *(name)*: United Judicial Group
(1) ☐ a business organization, form unknown
(2) ☒ a corporation
(3) ☐ an unincorporated entity *(describe)*:

(4) ☐ a public entity *(describe)*:

(5) ☐ other *(specify)*:



*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
982.1(20) [Rev. January 1, 2006]

Martin Dean's ESSENTIAL FORMS™

**COMPLAINT - Contract**

Code of Civil Procedure, § 425.12

Chaudhry, et al. v. Ju

| SHORT TITLE: Chaudhry v. Juarez [redacted] | [redacted]E NUMBER: |
|---|---|

**ATTACHMENT** *(Number)*: 4c

*(This Attachment may be used with any Judicial Council form.)*

**Page** 2 **of** 6

*(Add pages as required)*

The Judicial Group, a corporation

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

| SHORT TITLE: | E NUMBER: |
|---|---|
| Chaudhry v. Juarez | |

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [X] Doe defendants *(specify Doe numbers):* 1 through 40 were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [X] Doe defendants *(specify Doe numbers):* 1 through 40 are persons whose capacities are unknown to plaintiff.
   c. [X] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, *or*
   b. [ ] is excused from complying because *(specify)* :

6. [ ] This action is subject to [ ] Civil Code section 1812.10 [ ] Civil Code section 2984.4.

7. This court is the proper court because
   a. [X] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [X] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [ ] other *(specify)* :

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)* :
   [X] Breach of Contract
   [ ] Common Counts
   [X] Other *(specify)* : Fraudulent concealment, Promise without any intent to perform

9. [ ] Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [X] damages of: $ 67,161.26
    b. [X] interest on the damages
       (1) [X] according to proof
       (2) [ ] at the rate of *(specify):* 10% percent per year from *(date)* : June 22, 2004
    c. [X] attorney's fees
       (1) [ ] of: $
       (2) [X] according to proof.
    d. [X] other *(specify)* : Recission of contract between plaintiffs and defendants

11. [X] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers)* :
    BC7, FR3A, FR4A, FR5

Date: June 21, 2006

Edwin J. Zinman
(TYPE OR PRINT NAME)

Edwin J. Zinman
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*



Martin Dean's ESSENTIAL FORMS™

 982.1(21)

| SHORT TITLE: Chaudhry v. Juarez | CASE NUMBER: |
|---|---|

First (number) **CAUSE OF ACTION- Breach of Contract** Page 4

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name)*: Ashraf M. Chaudhry and Laura Thomason

alleges that on or about *(date)*: February 27, 2002-Ashraf M. Chaudhry, June 5, 2002-Laura Thomason

a [X] written [ ] oral [ ] other *(specify)*:

agreement was made between *(name parties to agreement)*: Ashraf M. Chaudhry and Mario R. Juarez DBA American Judgments Group, Laura Thomason and Mario R. Juarez DBA American Judgments Group

[X] A copy of the agreement is attached as Exhibit A, or

[X] The essential terms of the agreement [ ] are stated in Attachment BC-1 [X] are as follows *(specify)*:

Mario r. Juarez, individually, and Mario R. Juarez DBA American Judgments Group,whose name was amended to United Judicial Group on May 13, 2002 but without notice to plaintiffs, agreed to collect debts owed by judgment debtor John A. Thomassen, DDS to judgment creditors Ashraf M. Chaudhry and Laura Thomason and upon collection to distribute 62% to Ashraf Chaudhry and Laura Thomason. On June 22, 2004, Mario R. Juarez, individually, Mario R. Juarez DBA American Judgments Group,and Mario R. Juarez DBA The Judicial Group collected $108,324.61 from judgment debtor Thomassen, DDS and did not ever distribute to plaintiffs their respective 62% for a total of $67,161.26.

BC-2. On or about *(dates)*: June 22, 2004

defendant breached the agreement by [X] the acts specified in Attachment BC-2 [ ] the following acts *(specify)*:

Plaintiffs are informed and believe that defendant Mario R. Juarez, individually, and Mario R. Juarez DBA The Judicial Group fraudulently converted $108,324.61 owed plaintiffs to defendant Mario R. Juarez's own personal use.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement

[ ] as stated in Attachment BC-4 [X] as follows *(specify)*:

Plaintiffs have never received their agreed share of monies defendants collected from judgment debtor in the total amount of $67,161.26, which represents 62% of $108,324.61 that defendants collected on behalf of plaintiffs.

BC-5. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute

[ ] of $

[ ] according to proof.

BC-6. [X] Other: Recission of contract due to defendants' material breach of the contract and upon plaintiffs' information and belief, defendant Mario R. Juarez's conversion of monies owed plaintiffs to defendant Mario R. Juarez's personal use.

| SHORT TITLE: Chaudhry v. Juarez | CASE NUMBER: |
|---|---|

Second (number) **CAUSE OF ACTION- Fraud** Page 5

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR-1. Plaintiff *(name)*: Ashraf Chaudhry and Laura Thomason

alleges that defendant *(name)*: Mario R. Juarez, individually, Mario R. Juarez DBA The Judicial Group

on or about *(date)*: June 22, 2004 defrauded plaintiff as follows:

FR-2. [ ] **Intentional or Negligent Misrepresentation**

a. Defendant made representations of material fact [ ] as stated in Attachment FR-2.a [ ] as follows:

b. These representations were in fact false. The truth was [ ] as stated in Attachment FR-2.b [ ] as follows :

c. When defendant made the representations,
[ ] defendant knew they were false, **or**
[ ] defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item FR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [X] **Concealment**

a. Defendant concealed or suppressed material facts [ ] as stated in Attachment FR-3. a [X] as follows:
Defendant Mario R. Juarez, individually, Mario R. Juarez DBA American Judgment Groups, and Mario R. Juarez DBA The Judicial Group collected from judgment debtor Thomassen, DDS $108,324.61 which defendants denied receiving and/or never informed plaintiffs

b. Defendant concealed or suppressed material facts defendants collected $108,324.61 on June 22, 2004.
[X] defendant was bound to disclose.
[ ] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or suppressed facts.

c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts and would not have taken the action if plaintiff had known the facts.

(Continued)

| SHORT TITLE: Chaudhry v. Juarez | CASE NUMBER: |
|---|---|

Second (number) **CAUSE OF ACTION- Fraud (Continued)** **Page** 6

FR-4. [X] **Promise Without Intent to Perform**

a. Defendant made a promise about a material matter without any intention of performing it [ ] as stated in Attachment FR-4.a [X] as follows:

Defendants agreed to collect monies which judgment debtor John A. Thomassen, DDS owed plaintiffs and upon collection would distribute 62% to plaintiffs and not convert such monies for defendants' personal use and would not distribte to plaintiffs their agreed share of 62% of $108,324.61 that defendants collected on behalf of plaintiffs.

b. Defendant's promise without any intention of performance was made with the intent to defraud and induce plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act [ ] as stated in Attachment FR-5 [X] as follows:

Plaintiffs did not discover until on or about April 2006 that defendants had collected $108,324.61 on June 22, 2004 from judgment debtor Thomassen, DDS. Plaintiffs forebeared taking any action against defendants due to defendants' concealment of the $108,324.61 which defendants collected on behalf of plaintiffs on June 22, 2004. Plaintiffs did not learn until on or about June 2006 that defendant Mario R. Juarez DBA American Judgments Group had amended the name of his corporation to United Judicial Group, which was suspended. On or about May 24, 2002. Mario R. Juarez started The Judicial Group, a corporation, which he is the sole owner

FR-6 Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged [ ] as stated in Attachment FR-6 [X] as follows:

Plaintiffs never received their agreed upon percentage of 62% respectively of $108,324.61 which defendants owe plaintiffs after collection of $108,324.61 from judgment debtor John A. Thomassen, DDS.

FR-7. Other: Defendants have abandoned further collection efforts on behalf of plaintiffs since June 22, 2004. Plaintiffs seek recission of their respective June 5, 2002 and February 27, 2002 agreements attached hereto so that plaintiffs may hereafter collect from judgment debtor Thomassen, DDS additional monies owed plaintiffs in addition to the $108,324.61 which defendants collected on plaintiffs' behalf but never distributed any portion to plaintiffs.

23348421

EJ-190

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:
After recording, return to:
Edwin J. Zinman SBN: 54879
Edwin J. Zinman, DDS, JD, Inc.
220 Bush Street, Suite 422
San Francisco, California 94104

TEL NO.: 415-391-5353 FAX NO. (optional): 415-391-0768
E-MAIL ADDRESS *(Optional)*:
[X] ATTORNEY FOR [✓] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS:
CITY AND ZIP CODE: Hayward 94544
BRANCH NAME: Hayward Hall of Justice

*FOR RECORDER'S USE ONLY*

PLAINTIFF: Ashraf M. Chaudhry, et al.
DEFENDANT: Mario R. Juarez

CASE NUMBER: RG06-275774

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

*FOR COURT USE ONLY*

FILED
ALAMEDA COUNTY
MAY 11 2020
CLERK OF THE SUPERIOR COURT
By JAMIE THOMAS, Deputy

[X] Judgment creditor
[ ] Assignee of record
applies for renewal of the judgment as follows:

1. Applicant *(name and address)*:
Ashraf M Chaudhry and Laura Thomason, c/o Edwin J. Zinman, 220 Bush Street, Suite 422, San Francisco, CA 94104

2. Judgment debtor *(name and last known address)*:
Mario Juarez, 1241 High Street, Oakland, CA 94601 and/or
P.O. Box 194, Tracy, CA 95378

3. Original judgment
   a. Case number *(specify)*: RG06-275774
   b. Entered on *(date)*: July 21, 2010
   c. Recorded:
      (1) Date:
      (2) County:
      (3) Instrument No.:

4. [ ] Judgment previously renewed *(specify each case number and date)*:

5. [X] Renewal of money judgment
   a. Total judgment . . . . . . . . . . . . . . . . . . . . . . . $95,218.65
   b. Costs after judgment . . . . . . . . . . . . . . . . . . $0
   c. Subtotal *(add a and b)* . . . . . . . . . . . . . . . . . $95,218.65
   d. Credits after judgment . . . . . . . . . . . . . . . . . $11,387.89
   e. Subtotal *(subtract d from c)* . . . . . . . . . . . . . $83,830.76
   f. Interest after judgment . . . . . . . . . . . . . . . . . $80,224.78
   g. Fee for filing renewal application . . . . . . . . . $45.00
   h. **Total renewed judgment** *(add e, f, and g)* **$164,100.54**

   i. [ ] The amounts called for in items a–h are different for each debtor. These amounts are stated for each debtor on Attachment 5.

| SHORT TITLE: Chandhry et al v. Juarez | CASE NUMBER: RG06-275774 |
|---|---|

6. ☐ Renewal of judgment for ☐ possession.
☐ sale.

a. ☐ If judgment was not previously renewed, terms of judgment as entered:

b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

c. ☐ Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 24, 2020

Edwin J. Zinman
(TYPE OR PRINT NAME)

▶ Edwin J. Zinman
(SIGNATURE OF DECLARANT)



Print this form | Save this form | Clear this form