Jeffrey Tsai (SBN 226081)
*jeff.tsai@us.dlapiper.com*
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: (415) 615-6055

Darryl Louis Tarver (*admitted pro hac vice)*
*darryl.tarver@us.dlapiper.com*
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Tel: (410) 580-4123

*Attorneys for Defendant Sheng Thao*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>Defendants. | Case No. 4:25-CR-00003-YGR-1<br><br>**DECLARATION OF DARRYL L. TARVER IN SUPPORT OF OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE NO. 5**<br><br>Date: September 11, 2026<br>Time: 9:00 a.m.<br>Judge: The Hon. Yvonne Gonzalez Rogers |

I, Darryl L. Tarver, submit this Declaration in support of Opposition to Government's Motion in Limine No. 5. I am over 21 years of age and competent to testify to the following facts, all of which are true and correct to the best of my knowledge, information, and belief.

1. I am an attorney with DLA Piper and admitted *pro hac vice* to practice before this Court as counsel of record for Defendant Sheng Thao in the above-entitled action. See ECF No. 95.

2. Attached as Exhibit 1 is a true and correct copy of the June 14, 2024 Registrar of Voters Certificate to Petition certifying a petition entitled "Recall of Mayor Sheng Thao."

3. Attached as Exhibit 2 is a true and correct copy of the June 20, 2024 Memorandum issued by the Office of the City Clerk.

4. Attached as Exhibit 3 is a true and correct copy of the Oakland City Council's resolution dated July 2, 2024.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. As to matters stated on belief, I believe them to be true.

Executed this 3rd day of September, 2026, at Baltimore, Maryland.

*/s/ Darryl L. Tarver*
DARRYL L. TARVER