# EXHIBIT 1

## REGISTRAR OF VOTERS CERTIFICATE TO PETITION

I, **Tim Dupuis**, Registrar of Voters for the County of Alameda, State of California, hereby certify that: A Recall Petition Entitled: "**RECALL OF MAYOR SHENG THAO**" was filed with the County of Alameda Registrar of Voters within the statutory time limit and forwarded to this office for verification on June 11, 2024; and

The petition contained **40,654** unverified signatures: and

Pursuant to California Elections Code section 11222, to be sufficient, the petition must have been signed by **24,644** qualified registered voters of the City of Oakland that number being equal to ten percent of the total registered voters of the City at the last Report of Registration to the Secretary of State; and.

I have examined, or caused to be examined, signatures on the petition using the random sampling technique, pursuant to California Elections Code sections 11225.

Having determined that the petition contained **1,496** valid signatures of qualified registered voters in the City of Oakland based on the statistical sample examination set forth in California Elections Code Section 11225: and

That this number represents **118%** of the total number of signatures. The above-named petition will qualify by random sample as the number of valid signatures is greater than 110% of the of signatures required.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed my official seal this **14th** day of **June 2024.**

DocuSigned by:
Tim Dupuis
C504117C2A294A7...

**TIM DUPUIS**
Registrar of Voters
County of Alameda
State of California