UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** September 11, 2026 **Time:** 3 Hours 30 Minutes **Judge:** YVONNE GONZALEZ ROGERS

**Case No.**: 25-cr-00003-YGR-1
25-cr-00003-YGR-2
25-cr-00003-YGR-3
25-cr-00003-YGR-4

**Case Name:** UNITED STATES v. Sheng Thao et al

**Attorney for Plaintiff:** Molly Priedeman, Abraham Fine and Lloyd Farnham
**Attorney for Defendant:** Jeffrey Tsai and Darryl Tarver (Thao); Mark Goldrosen and Shawn Halbert (Jones); Edward Swanson, August P. Gugelmann, Neal James Stephens, and Jeff Schenk (D. Duong); William Sprague, Winston Y Chan, Erik Babcock and Christine Bonomo (A. Duong)

**Defendant: Sheng Thao;** Present
**Andre Jones;** Present
**David Trung Duong;** Present
**Andy Hung Duong;** Present

**Deputy Clerk:** Edwin Angelo A. Cuenco **Reported by:** Kelly Shainline

## PROCEEDINGS

Pretrial Conference – Held.
Motions in Limine – Held.
Motions to Seal – Held.

The Court laid down the procedures and instructions for Jury Selection and Jury Trial. The Court heard argument on pending pretrial disputes, parties' motions in limine, and motions to seal.

Pretrial deadlines are set.

Written order to issue.