United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG<br>Defendants. | Case No.25-cr-00003-YGR<br>**ORDER FOR JURY BREAKFAST ON DAY 1 AND FOR JURY MEALS DURING DELIBERATIONS** |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish breakfast for the first day of trial and lunch for the members of the jury for each day the jury is in deliberations.

IT IS SO ORDERED.

Dated: September 14, 2026

HON. YVONNE GONZALEZ ROGERS
Chief United States District Judge