CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Abraham.Fine@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG<br><br>Defendants. | Case No. 25-CR-00003 YGR<br><br>**DECLARATION OF MOLLY K. PRIEDEMAN IN SUPPORT OF UNITED STATES' RESPONSE TO DEFENDANT DAVID TRUNG DUONG'S OBJECTIONS TO ADMISSION OF CERTAIN COCONSPIRATOR STATEMENTS**<br><br>**FILED UNDER SEAL** |

I, Molly K. Priedeman, declare as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Northern District of California. I am counsel of record for the United States in the above-captioned case. I submit this Declaration in Support of the United States' Response to Defendant David Trung Duong's Objections to Admission of Certain Coconspirator Statements.

2. Exhibit A attached hereto is a copy of the Amended Disclosures of Coconspirator Statements, provided by the government to counsel for the defense in this case on June 10, 2026.

3. Exhibit B attached hereto is a copy of a video recorded on October 5, 2022, and which appears to be a toast by Mario Juarez regarding Evolutionary Homes. This recording was obtained from Andy Duong's mobile phone. This exhibit will be provided to the Court as a digital file and manually filed in the case.

4. Exhibit C attached hereto is a copy of a video recorded on October 5, 2022, approximately 30 seconds after the video in Exhibit B, and which also appears to be a toast by Mario Juarez regarding Evolutionary Homes. This recording was obtained from Andy Duong's mobile phone. This exhibit will be provided to the Court as a digital file and manually filed in the case.

5. Exhibit D attached hereto is a copy of text messages exchanged between Julie Wedge and Mario Juarez on May 2, 2023.

6. Exhibit E attached hereto is a copy of electronic messages between Cesley Frost and Mario Juarez during the time period April 11, 2023 and April 23, 2023.

7. Exhibit F attached hereto is a copy of electronic messages exchanged between Andy Duong and David Duong during the time period February 21, 2024 to February 24, 2024. The messages from the number ending in x0110 are from Andy Duong, and the messages with no number noted are messages from David Duong.

8. Exhibit G attached hereto is a copy of an audio recording that captures a September 18, 2023 phone call between Sheng Thao and Andy Duong. The recording was obtained from Andy Duong's mobile phone. This exhibit will be provided to the Court as a digital file and manually filed in the case.

9. Exhibit H attached hereto is a copy of an electronic message conversation that includes messages from Andy Duong, Kristina Duong, and David Duong, during the time period May 3, 2024 to May 4, 2024. Messages from number ending in x0110 are from Andy Duong. Messages to and from the number ending in x2203 are to and from David Duong. Messages from the number ending in x0162 are from Kristina Duong.

10. Exhibit I attached hereto is a copy of an audio recording that captures a January 20, 2024 phone call between Andy Duong and Oakland City Councilmember Kevin Jenkins. The recording was obtained from Andy Duong's mobile phone. This exhibit will be provided to the Court as a digital file

and manually filed in the case.

11. Exhibit J attached hereto is a copy of electronic messages exchanged between Andre Jones and David Duong during the time period March 9, 2023 to November 28, 2023. The messages from the number ending in x5075 are from Andre Jones, and the messages with no number noted are messages from David Duong.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: July 24, 2026

Respectfully submitted,

*/s/ Molly K. Priedeman*
MOLLY K. PRIEDEMAN
Assistant United States Attorney