CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, AND<br>ANDY HUNG DUONG,<br><br>Defendants. | CASE NO. 4:25-cr-0003-YGR<br><br>**DECLARATION OF DAVID NIMMO** |

I, David Nimmo, hereby declare:

1. I am currently employed with the Internal Revenue Service (IRS) as a Supervisory Government Information Specialist (Disclosure Manager). I have been employed by the IRS for 36 years. I make this declaration to provide the extent to which Internal Revenue Service may disclose tax returns and return information as it relates to criminal tax and criminal non-tax investigations.

2. Under Section 6103(a) of the Internal Revenue Code (26 U.S.C. § 6103(a)), all returns and return information are confidential and may not be inspected or disclosed except as authorized by the Internal Revenue Code. This rule applies to all present and former IRS employees.

3. For IRS criminal tax investigations, Section 6103(h) of the Internal Revenue Code (26 U.S.C. § 6103(h)) governs the disclosure of returns and return information to specified federal officers and employees for purposes of tax administration. Section 6103(h)(1) provides authority for officers and employees of the Department of the Treasury to have access to returns and return information as needed for tax administration purposes. Section 6103(h)(2) governors the disclosure of return information to officers and employees of the Department of Justice (DOJ) in cases involving tax administration. In order to disclose returns and return information to DOJ attorneys, the matter must involve tax administration and the disclosure may be made only to those attorneys who are "personally and directly" involved in a proceeding, or investigation that may lead to a proceeding, regarding a tax matter, and not to the DOJ itself.

4. Section 6103(h)(3) provides two methods by which returns and return information may be released to the DOJ. The first method occurs when IRS-CI refers a tax matter to DOJ. Upon referral, IRS may disclose returns and return information pertaining to the referred case to the DOJ attorneys responsible for the case. The second method occurs when DOJ sends an invitation letter to IRS-CI to expand an on-going grand jury investigation for purposes of IRS evaluating available grand jury information for possible criminal tax violations.

5. For federal criminal non-tax investigations, under Section 6103(i)(1) of the Internal

Revenue Code (26 U.S.C. § 6103(i)(1)), an ex parte court order by a U.S. District Court judge or magistrate is required for returns and return information to be disclosed to federal officers or employees for the administration of non-tax federal criminal laws.

Signed: *__/s/ David Nimmo*

David Nimmo
Supervisory Disclosure Analyst
09/30/2026