CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, AND<br>ANDY HUNG DUONG,<br><br>Defendants. | CASE NO. 4:25-cr-0003-YGR<br><br>**DECLARATION OF CHRISTINE STEGNER** |

I, Christine Stegner, hereby declare:

1. I am currently employed with Internal Revenue Service – Criminal Investigation (IRS-CI) as a Special Agent. I have been employed by IRS-CI for approximately eight years. I make this declaration related to tax returns and return information being made available in the case *United States v. David Duong, et al.,* Case No. 4:25-CR-00003-YGR. I have personal knowledge of the matters stated in this declaration as I have been the lead IRS-CI agent on the case working jointly with Federal Bureau of Investigation and United States Postal Inspection Service.

2. IRS-CI investigation of Mario Juarez and others has been and is a criminal non-tax investigation. IRS-CI did not refer the case to Department of Justice (DOJ) for enforcing internal revenue laws, tax administration, and criminal tax prosecution. In addition, DOJ did not send an invitation letter to IRS-CI to join an on-going grand jury investigation for possible criminal tax violations.

3. An ex parte court order approved by a U.S. District Court judge or magistrate has not been obtained in the IRS-CI investigation of Mario Juarez and others.

4. For those reasons, I have not reviewed tax returns or return information related to the IRS-CI investigation of Mario Juarez and others. As this is a non-tax investigation, an ex parte order would be required for me to access and review tax returns or return information.

Signed: *__/s/ Christine Stegner__*

Christine Stegner
Special Agent
09/30/2026