CRAIG MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov
Brandon.moore@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>Defendants. | CASE NO. 25-CR-00003 YGR<br><br>AMENDED UNITED STATES' WITNESS LIST<br><br>Hon. Yvonne Gonzalez Rogers<br>Trial Date: October 13, 2026 |

The United States hereby provides this amended notice to the Court and to the defendants of the witnesses it may call in its case-in-chief at trial. The government may not call all the witnesses on this list, and reserves the right to supplement this list as trial preparations progress and call rebuttal witnesses as necessary. The government will notify the defendants of any changes to its witness list.

1. Jestin Johnson – Former Oakland City Administrator: Mr. Johnson will testify about his role as the City Administrator of Oakland and his interactions with various City of Oakland personnel, including Sheng Thao and members of her mayoral staff. Mr. Johnson will also testify about his interactions with David Duong, Andy Duong, Andre Jones, Mario Juarez, Evolutionary Homes, and California Waste Solutions, and related individuals.
2. Samari Johnson – Butterfly Direct Marketing: Mr. Johnson will testify about his interactions with Mario Juarez and his role in the creation, printing, and distribution of negative mailers targeting various candidates leading up to the November 2022 election.
3. Cesley Frost – Evolutionary Homes: Ms. Frost will testify about her experience working with Evolutionary Homes and about her interactions with California Waste Solutions, David Duong, Andy Duong, Mario Juarez, Sheng Thao, Andre Jones, and other related individuals.
4. Larry Gallegos – Former City of Oakland Employee: Mr. Gallegos will testify about his relationship and interactions with David Duong, Andy Duong, Sheng Thao, Mario Juarez, Evolutionary Homes, and California Waste Solutions. Mr. Gallegos will further testify about his employment with the City of Oakland, including his appointment as the Interim Deputy Director of Oakland's Department of Housing in March of 2023. Mr. Gallegos will also testify about the trip to Vietnam he took in the summer of 2023, which was sponsored by the Vietnamese American Business Association ("VABA").
5. Julie Wedge – Evolutionary Homes: Ms. Wedge will testify about her experience working with Evolutionary Homes and about her interactions with California Waste Solutions, David Duong, Andy Duong, Mario Juarez, Sheng Thao, Andre Jones, and related individuals. Ms. Wedge will also testify about her involvement in a negative mailer campaign during the November 2022 election.

6. Julie Caskey – Former Thao Campaign Manager: Ms. Caskey will testify about her experience working as Sheng Thao's campaign manager during the 2022 Oakland Mayoral campaign and her interactions with people involved in the campaign.
7. Chris Wedge – Evolutionary Homes: Mr. Wedge will testify about his experience working with Evolutionary Homes and about his interactions with California Waste Solutions, David Duong, Andy Duong, Mario Juarez, Sheng Thao, Andre Jones, and other related individuals. Mr. Wedge will also testify about his involvement in a negative mailer campaign during the November 2022 election.
8. Cecilia Mendez – Evolutionary Homes: Ms. Mendez will testify about her experience working with Evolutionary Homes, her attendance at Evolutionary Homes board meetings, and about her interactions with California Waste Solutions, David Duong, Andy Duong, Mario Juarez, and other related individuals.
9. Brandon Harami – Former City of Oakland Employee: Mr. Harami will testify about his experience working on Sheng Thao's 2022 Mayoral campaign and his experience working on Sheng Thao's mayoral staff, as well as his interactions with Sheng Thao, Andre Jones, David Duong, Andy Duong, California Waste Solutions, Evolutionary Homes, and related individuals.
10. Betsy Lake – City of Oakland Employee: Ms. Lake will testify about her experience as an Assistant City Administrator for the City of Oakland and her interactions with California Waste Solutions, Sheng Thao, Andre Jones, David Duong, Andy Duong, Mario Juarez, and other related individuals.
11. Louansee Moua – Sheng Thao Associate and California Waste Solutions Consultant: Ms. Moua will testify about her relationship and interactions with Sheng Thao and Andre Jones and her involvement in Sheng Thao's 2022 Mayoral campaign. Ms. Moua will also testify about her experience as a consultant for California Waste Solutions, and her interactions with David Duong, Andy Duong, Mario Juarez, and other related individuals.
12. Harold Duffey – Former City of Oakland Employee: Mr. Duffey will testify about his employment with the City of Oakland, including his tenure as the Interim City Administrator

in the Spring of 2023 and the appointments he made in that role. Mr. Duffey will further testify about his interactions with Sheng Thao, members of Sheng Thao's staff, Larry Gallegos, David Duong, Andy Duong, Andre Jones, Mario Juarez, and other related individuals during the course of his employment with the City of Oakland.

13. Jelani Killings – City of Oakland Employee: Mr. Killings will testify about his employment as an ethics analyst for the City of Oakland, including the ethics requirements for City employees, ethics trainings given, Sheng Thao's Form 700 submissions, and his interactions with Sheng Thao and members of her staff.

14. Francis Zamora – Former City of Oakland Employee: Mr. Zamora will testify about his experience as a member of Sheng Thao's communications staff and about his interactions with David Duong, Sheng Thao, Andre Jones, and other City of Oakland employees.

15. Leigh Hanson – Former City of Oakland Employee: Ms. Hanson will testify about her experience working on Sheng Thao's mayoral campaign and on her staff, including her experience as Sheng Thao's Chief of Staff. Ms. Hanson will further testify about her interactions with Andre Jones, David Duong, Andy Duong, Evolutionary Homes, California Waste Solutions, and other City of Oakland employees and related individuals.

16. Noah Finneburgh – Thao Mayoral Campaign Member: Mr. Finneburgh will testify about his experience working on Sheng Thao's 2022 Oakland Mayoral campaign.

17. Brittany Hines – City of Oakland Employee: Ms. Hines will testify about her experience as a City of Oakland employee, including testimony about federal funds received by the City of Oakland.

18. Asha Reed – City of Oakland Clerk: Ms. Reed will authenticate various City of Oakland records.

19. Mario Juarez – Evolutionary Homes: Mr. Juarez will testify about his involvement in the charged conspiracy, his experience as a founder of Evolutionary Homes, and his relationship and interactions with Sheng Thao, Andre Jones, David Duong, Andy Duong, California Waste Solutions, and other related individuals.

20. Steven Falk – Former City of Oakland Employee: Mr. Falk will testify about his experience as the interim City Administrator for the City of Oakland in 2023 and his interactions with Sheng Thao and members of her staff.

21. Emily Weinstein – Former City of Oakland Employee: Ms. Weinstein will testify about her employment with the City of Oakland, including her tenure as Oakland's Director of Housing, her appointment to that role in March 2023, as well as Oakland's Housing Department generally. Ms. Weinstein will further testify about federal funds received by the City of Oakland. Ms. Weinstein will further testify about her interactions with Sheng Thao, Andre Jones, Evolutionary Homes, California Waste Solutions, and related individuals.

22. Zach Goldman – Former City of Oakland Employee: Mr. Goldman will testify about his experience as a member of Sheng Thao's Mayoral staff, as well as his interactions with Sheng Thao, Andre Jones, David Duong, Andy Duong, California Waste Solutions, Evolutionary Homes, and related individuals.

23. Latonda Simmons – Former City of Oakland Employee: Ms. Simmons will testify about her experience as an Assistant City Administrator in the City of Oakland, as well as her interactions with Sheng Thao, Andre Jones, David Duong, Andy Duong, California Waste Solutions, Evolutionary Homes, and related individuals.

24. Cheryl Ho – Port of Oakland: Ms. Ho will testify about her experience as an employee for the Port of Oakland, including her involvement in the planning of, and her attendance on, the summer 2023 Vietnam trip sponsored by VABA. Ms. Ho will further testify about her interactions with Sheng Thao, Andre Jones, David Duong, Andy Duong, California Waste Solutions, and related individuals.

25. Danny Wan – Port of Oakland: Mr. Wan will testify about his experience as the Executive Director of the Port of Oakland, including his involvement in the planning of, and his attendance on, the summer 2023 Vietnam trip sponsored by VABA. Mr. Wan will further testify about his interactions with Sheng Thao, Andre Jones, David Duong, Andy Duong, California Waste Solutions, and related individuals, including discussions about the potential appointment of David Duong as a Port of Oakland Commissioner.

26. Bryan Azevedo – Former San Leandro Councilperson: Mr. Azevedo will testify about his experience as a San Leandro City Councilperson, including his admission that he accepted bribes from Andy Duong and Mario Juarez on behalf of Evolutionary Homes. Mr. Azevedo will further testify about his interactions with Sheng Thao, Andre Jones, David Duong, Andy Duong, Mario Juarez, California Waste Solutions, and Evolutionary Homes, as well as about his attendance on the summer 2023 Vietnam trip sponsored by VABA, and events that took place in the trip's aftermath.

27. Teresa Hoang – VABA/CWS: Ms. Hoang will testify about her interactions with Sheng Thao, Andre Jones, David Duong, Andy Duong, California Waste Solutions, and Evolutionary Homes. Ms. Hoang will also testify about her involvement in the summer 2023 Vietnam trip sponsored by VABA.

28. Phua Gilman – Vantage Solutions: Ms. Gilman will testify about her involvement in the October 2021 creation of a letter falsely stating that her company would be employing Andre Jones, which was submitted in support of Sheng Thao and Andre Jones' application for a lease for a house.

29. Nikki Fortunado Bas – Former Oakland City Councilperson: Ms. Bas will testify about her experience as an Oakland City Councilperson and her interactions with Sheng Thao, Andre Jones, David Duong, Andy Duong, Evolutionary Homes, California Waste Solutions, and related individuals.

30. Kevin Jenkins – Oakland City Councilperson: Mr. Jenkins will testify about his experience as an Oakland City Councilperson and his interactions with Sheng Thao, Andre Jones, David Duong, Andy Duong, Evolutionary Homes, California Waste Solutions, and related individuals.

31. Officer Luan Mai – Oakland Police Department: Officer Mai will testify about his interactions with David Duong, Andy Duong, and Kristina Duong on May 4, 2024, as well as a police report he authored documenting the Duongs' descriptions of an event that took place on May 3, 2024, at California Waste Solutions.

32. Officer Bryant Ocampo – Oakland Police Department: Officer Ocampo will testify about his relationship with Andy Duong, including communications with Andy Duong relating to an event that took place on May 3, 2024, at California Waste Solutions.
33. Audrey Johnson – JP Morgan Chase: Ms. Johnson will testify about the location of various JP Morgan Chase servers and will testify about interstate wire transmissions that occurred as a result of specific financial transactions.
34. Duane Dumler – Bank of America: Mr. Dumler will testify about the location of various Bank of America servers and will testify about interstate wire transmissions that occurred as a result of specific financial transactions.
35. Special Agent Katherine Barclay – FBI: SA Barclay will testify about her investigation of this case as a case agent, various records the government obtained as part of its investigation, and her extraction of data from various seized devices and accounts.
36. Special Agent Tyler Nave – FBI: SA Nave will testify about his involvement in the June 20, 2024, search of Andy Duong's home, including his recorded interview of Andy Duong on that date.
37. Special Agent Alexandra Bryant – FBI: SA Bryant will testify as a cell-site location data expert witness about her review and analysis of cellular phone data to determine the locations of specific cellular phones at specific times.
38. Staff Operations Specialist Stephanie Watt – FBI: Ms. Watt will testify about her work as an analyst during the investigation of this case, including her review of telephone toll records received from telecommunications companies.
39. Special Agent James Folger – FBI: SA Folger will testify about his involvement in the June 20, 2024, search of Andy Duong's home, including the seizure of various items and devices from Andy Duong's home.
40. Special Agent Katie Taylor – FBI: SA Taylor will testify about her involvement in the June 20, 2024, search of Andy Duong's home, including the seizure of various items and devices from Andy Duong's home.

41. Forensic Examiner Michael Kan – FBI: Examiner Kan will testify as an expert witness about the forensic tools and processes used by him and the investigating agencies in this case to extract, review, and preserve data from seized devices and accounts.

42. Special Agent James Webb – FBI: SA Webb will testify about his involvement in the search of Sheng Thao and Andre Jones' residence on June 20, 2024, and the seizure of devices and documents on that date.

43. Intelligence Analyst Katherine Higgons – FBI: IA Higgons will testify about her involvement in the search of Sheng Thao and Andre Jones' residence on June 20, 2024, and the seizure of items of evidence on that date.

44. Special Agent Rachael Grace – FBI: SA Grace will testify about her involvement in the search of Sheng Thao and Andre Jones' residence on June 20, 2024, and the seizure of devices and documents on that date.

45. U.S. Postal Inspector Christopher McCollow: Inspector McCollow will testify about his investigation of this case as a case agent, various postal-related records the government obtained as part of its investigation, and his involvement in the search of David Duong's residence on June 20, 2024.

46. U.S. Postal Inspector Zackery O'Connor: Inspector O'Connor will testify about his involvement in the search of David Duong's residence on June 20, 2024, and the seizure of devices and documents.

47. U.S. Postal Inspector Jeffrey Fitch: Inspector Fitch will testify about his involvement in the search of David Duong's residence on June 20, 2024, and the seizure of devices and documents.

48. U.S. Postal Inspector Aaron Parker: Inspector Parker will testify about his involvement in the search of David Duong's residence on June 20, 2024, and the seizure of devices and documents.

49. U.S. Postal Inspector Sandra Alvarez-Ramirez: Inspector Alvarez-Ramirez will testify about her involvement in the search of David Duong's residence on June 20, 2024, and the seizure of devices and documents.

50. Special Agent Christine Stegner – IRS-CI: SA Stegner will testify about her investigation of this case as a case agent, various financial records the government obtained as part of its investigation, and her involvement in the search of California Waste Solutions on June 20, 2024.

51. Special Agent Ben Nikssarin – IRS-CI: SA Nikssarin will testify about his involvement in the search of California Waste Solutions on June 20, 2024, and the seizure of devices and documents.

52. Special Agent Imran Khan – IRS-CI: SA Khan will testify about his involvement in the search of California Waste Solutions on June 20, 2024, and the seizure of devices and documents.

53. Special Agent Michael Hammond – IRS-CI: SA Hammond will testify about his involvement in the search of California Waste Solutions on June 20, 2024, and the seizure of devices and documents.

54. Special Agent Jesse Bumanlag – IRS-CI: SA Bumanlag will testify about his involvement in the search of California Waste Solutions on June 20, 2024, and the seizure of devices and documents.

DATED: October 6, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys