CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, AND<br>ANDY HUNG DUONG,<br><br>Defendants. | CASE NO. CR 25-CR-0003-YGR<br><br>**DECLARATION OF AUSA ABRAHAM FINE IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF MARIO JUAREZ MATERIALS** |

I, Abraham Fine, declare and state as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Northern District of California. I am counsel of record for the United States in the above-captioned case. I respectfully submit this Declaration in Support of the United States' Opposition to Defendants' Motion to Compel the Production of Mario Juarez Documents.

2. Attached as Exhibit A to the Fine Declaration is a true and correct copy of a search warrant for Mario Juarez's iCloud account that was issued on July 24, 2023.

3. Attached as Exhibit B to the Fine Declaration is a true and correct copy of a search warrant for Mario Juarez's iCloud account, as well as other iCloud accounts, that was issued on February 23, 2024

4. Attached as Exhibit C to the Fine Declaration is a true and correct copy of a search warrant for Mario Juarez's email account, as well as other email accounts, that was issued on May 7, 2024.

5. Attached as Exhibit D to the Fine Declaration is a true and correct copy of a discovery letter the government sent to all defense counsel dated February 21, 2025.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 8th day of October 2026, in Oakland, California.

*/s/ Abraham Fine*
ABRAHAM FINE
Assistant United States Attorney

# EXHIBIT A

[FILED UNDER SEAL]

# EXHIBIT B

[FILED UNDER SEAL]

# EXHIBIT C

## [FILED UNDER SEAL]

# EXHIBIT D

## [FILED UNDER SEAL]