Edward W. Swanson (SBN 159859)
August P. Gugelmann (SBN 240544)
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9100
Email: ed@smllp.law
Email: august@smllp.law

Neal J. Stephens (SBN 152071)
Jeffrey B. Schenk (SBN 234355)
Thao Donnelly (SBN 355632)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: nstephens@jonesday.com
Email: jbschenk@jonesday.com
Email: tdonnelly@jonesday.com

Attorneys for Defendant
DAVID TRUNG DUONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, et al.,<br><br>Defendant. | Case No. CR 25-0003 YGR<br><br>~~[PROPOSED]~~ **ORDER PERMITTING DEFENSE TRIAL EQUIPMENT IN COURTHOUSE**<br><br>Date: 10/13/2026<br>Time: 8:00 am |

# ~~[PROPOSED]~~ ORDER

Good cause appearing, IT IS HEREBY ORDERED that counsel for Defendant David Duong, and members of the defense trial team acting at counsel's direction, including trial paralegal Amy McGuigan, are permitted to bring the following equipment into the Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, California, and into Courtroom 1, for use during the trial of this matter:

1. Two (2) laptop computers, with power supplies;
2. One (1) HP Color LaserJet Pro M452dn printer, with power cord and connecting cable;
3. One (1) Cannon PIXMA portable printer, with power cord and connecting cable;
4. Two (2) external computer monitors, with power cords; and
5. HDMI cables, and associated power strips, extension cords, and adapters reasonably necessary to connect and operate the above equipment.

This Order is effective from October 13, 2026, through November 25, 2026, and for any additional days of trial or jury deliberations in this matter.

With the approval of the Courtroom Deputy, the equipment may remain in the courtroom overnight and over weekends for the duration of trial. The Court is not responsible for any loss of or damage to the equipment.

The United States Marshals Service and Court Security Officers are directed to permit the above equipment to enter the courthouse, subject to the standard security screening procedures. Defense counsel shall provide a copy of this Order to security personnel upon request.

IT IS SO ORDERED.

Dated: October 9 , 2026

Hon. Yvonne Gonzalez Rogers
Chief United States District Judge

NAI-5018258267v2