CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
abraham.fine@usdoj.gov
molly.priedeman@usdoj.gov
lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>Defendants. | No. 4:25-CR-00003-YGR<br><br>NOTICE OF INTENT TO ADMIT TRIAL EXHIBITS |

As discussed on the record on October 15, 2026, the government anticipates moving to admit a significant number of exhibits through the testimony of a case agent, FBI Special Agent Katherine Barclay, including evidence obtained through search warrants from the defendants' electronic devices and online data. The defendants have stipulated to the authenticity of all of the exhibits listed below. *See* Dkt. 367, 368. Additionally, each of the text messages and excerpts were exchanged with the defense pursuant to the process ordered by the court, and all outstanding objections regarding excerpts

and redactions have been resolved. *See* Dkt 281 (Court's Order Regarding Disputed Excerpts and Redactions Regarding Text Messages). To streamline Special Agent Barclay's testimony, the government intends to move to collectively admit the exhibits listed in the categories below during SA Barclay's testimony.

**Messages:** 30A, 31A, 37, 38, 41, 43, 44, 46, 48, 58, 60A, 70, 71, 86, 96, 109, 629, 630, 631A, 633, 636, 635, 638, 640, 649, 653, 656, 668, 669A, 692A, 698, 699D, 699F, 706A, 1780

**Emails/Documents:** 107, 108, 595, 650, 652, 725, 730, 733, 762, 764, 772, 834, 850, 874, 875, 895, 902, 952, 960, 977, 1048, 1183, 1194, 1195, 1196

**Pictures and Videos:** 204, 349, 350, 353, 352, 354, 359, 361, 368, 377, 382, 384, 388, 390, 403, 404, 407, 412, 417, 422, 423, 425, 427, 429, 431, 433, 432, 435, 438, 439, 440, 441, 442, 444, 445, 453, 456, 459, 461, 464, 466, 471, 472, 473, 499, 540, 548, 549, 550, 552, 553, 554, 556, 557, 558, 559, 560, 1776, 1778, 1788, 73, 78, 84, 571

**Apple Notes:** 671, 679, 686, 687 1808, 1810 1812, 563, 565

**Financial Records**: 1419, 1420, 1423, 1424, 1425, 1426, 1376, 1377

**Audio Recordings:** 111, 113, 114, 128, 591

The government also anticipates introducing multiple recordings it obtained during its investigation through Special Agent Barclay (Exhibits 987A; 987B; 990A; 992A; 992B; 992C; 992D; 994A; 994B; 998A). The government anticipates authenticating the recordings through Special Agent Barclay who is familiar with the voices of the individuals captured on the recordings from her participation in the investigation and can identify the speakers, together with the recordings' contents and other surrounding circumstances.

//

//

//

The government anticipates that Special Agent Barclay will testify that she identified pictures and meeting minutes matching the time reflected in the metadata for many of the recordings. *See* Fed. R. Evid. 901(a), (b)(4), (b)(5); *United States v. Ehmer*, 87 F.4th 1073, 1122-1123 (9th Cir. 2023) (affirming authentication of recorded interview based on an FBI agent's identification of the speaker's voice and surrounding circumstances, notwithstanding the absence of testimony from the individual who conducted the interview).

Respectfully submitted,

________/s______________
MOLLY K. PRIEDEMAN
ABRAHAM FINE
LLOYD FARNHAM
Assistant United States Attorneys