**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 25-cr-00003-YGR
Case Name: USA v. Sheng Thao, Andre Jones, David Trung Duong, and Andy Hung Duong

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** | | **PLAINTIFF ATTORNEY:** | | **DEFENSE ATTORNEY:** |
|---|---|---|---|---|
| Yvonne Gonzalez Rogers | | Molly Priedeman, Abraham Fine and Lloyd Farnham | | Jeffrey Tsai (Thao); Mark Goldrosen and Shawn Halbert (Jones); Edward Swanson, August P. Gugelmann, and Jeff Schenk (D. Duong); William Sprague, Winston Chan, Erik Babcock, Christine Bonomo and Bryanna Walker (A. Duong) |
| **DATE:** October 22, 2026 | | **REPORTER:** Ruth Levine Ekhaus | | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 5 hours 6 minutes | | | | |

| **PLF NO.** | **DEF NO.** | **DATE/TIME OFFERED** | **ID** | **REC** | **DESCRIPTION** | **BY** |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is reconvened. Matters are discussed outside the presence of the jury. | |
| | | 8:35 am | | | The Court is in recess. Government's Witness Special Agent Katherine Barclay retakes the stand. | |
| | | 8:39 am | | | The jury reenters the courtroom. Jury Note is received from Alternate Juror No. 2. AUSA Priedeman resumes her cross examination of Special Agent Barclay. | |
| **1865** | | | x | | Demonstrative. List of devices seized. | |
| **101** | | | x | x | 1B54 (Andy's Phone). | |
| **564** | | | x | x | 1B55 (Andy's Phone). | |
| **1623A** | | | x | x | AT&T Toll Records. | |
| **1823** | | | x | x | Summary Exhibit-Sheng Thao/David Duong Tolls. | |
| **1826** | | | x | x | Summary Exhibit - Andre Jones/David Duong Tolls. | |
| **1827** | | | x | x | Summary Exhibit - David Duong/Andy Duong Tolls. | |
| **1829** | | | x | x | Summary Exhibit - Mario Juarez/David Duong Tolls. | |
| **1828** | | | x | x | Summary Exhibit - Mario Juarez/Andy Duong Tolls. | |
| **1818** | | | x | x | Summary Exhibit - Andre Jones/Andy Duong Tolls. | |
| **1822** | | | x | x | Summary Exhibit - Sheng Thao/Andy Duong Tolls. | |
| **1824** | | | x | x | Summary Exhibit-Sheng Thao/Mario Juarez Tolls. | |
| **1821** | | | x | x | Summary Exhibit - Mario Juarez/Andre Jones Tolls | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 1830 | | | x | x | Summary Exhibit - Sheng Thao/Andre Jones Tolls. | |
| 1853 | | | x | x | Summary Exhibit - Sheng Thao/Larry Gallegos Tolls. | |
| 1820 | | | x | x | Summary Exhibit - Mario Juarez/Larry Gallegos Tolls. | |
| 1854 | | | x | x | Summary Exhibit - Sheng Thao/Harold Duffey Tolls. | |
| 1819 | | | x | x | Summary Exhibit - Andre Jones/Julie Wedge Tolls. | |
| 41 | | | x | x | Sheng Thao and David Duong WhatsApp Messages. | |
| 43 | | | x | x | Signal Messages Between Sheng Thao and David Duong. | |
| 86 | | | x | x | Sheng Thao, David Duong, Andy Duong messages. | |
| 31A | | | x | x | Excerpt of Text Messages Between Sheng Thao and Andy Duong, Page 33. | |
| 37 | | | x | x | Signal Messages Between Sheng Thao and Andy Duong. | |
| 38 | | | x | x | WhatsApp Messages Between Sheng Thao and Andy Duong. | |
| 1780 | | | x | x | WhatsApp messages between Sheng Thao and Mario Juarez. | |
| 1194 | | | x | x | 6/7/2022 Email from Mario Juarez to Duongs. | |
| 1196 | | | x | x | Attachment to 6/7/2022 Email. | |
| 1195 | | | x | x | Attachment to 6/7/2022 Email. | |
| 425 | | | x | x | 6/7/2022 Photo from Andy Duong's Phone of Mario Juarez. | |
| 725 | | | x | x | Evolutionary Homes Operating Agreement. | |
| 60A | | | x | x | Excerpt of Text Messages Between Sheng Thao and Mario Juarez (6699 number). | |
| 1183 | | | x | x | 10/5/2022 EH Calendar Invitation. | |
| 471 | | | x | x | 10/5/2022 Photo of Champagne and Cigars from Andy Duong's Phone. | |
| 1833 | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. | |
| 556 | | | x | x | 10/5/2022 Photo of Mario Juarez from Andy Duong's phone. | |
| 1833 | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 3. | |
| 472 | | | x | x | 10/5/2022 Photo of David Duong from Andy Duong's Phone. | |
| 1833 | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 4. | |
| 540 | | | x | x | October 5, 2022 First Video of Toast by Mario Juarez at CWS Offices. | |
| 1833 | | | x | x | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 5. | |
| 39 | | | x | x | Previously admitted. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 692A | | | x | x | Excerpt of Text Messages Between Andy Duong and Mario Juarez, Pages 254-726. | |
| 1812 | | | x | x | Juarez Apple Note (Cellebrite Version). | |
| 679 | | | x | x | Juarez Apple Note. | |
| 58 | | | x | x | Text Messages Between Sheng Thao and Mario Juarez (7744 number). | |
| 653 | | | x | x | Text Messages Between Mario Juarez and Andre Jones. | |
| 558 | | | x | x | 10/11/2022 Photo of Sheng Thao and Andy Duong from Andy Duong's phone. | |
| 1833 | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 6. | |
| 669A | | | x | x | Excerpt of Text Messages Between Mario Juarez and Samari Johnson, Pages 89-128. | |
| 30A | | | x | x | Excerpt of Text Messages Between Sheng Thao and Andre Jones, Pages 2083-3654. | |
| 977 | | | x | x | Sheng Thao Brandon Harami sharing Google Document. | |
| 1865 | | | x | | Demonstrative. 10/12/2022 timeline. | |
| 109 | | | x | x | Text Messages Between Juarez and A. Duong. | |
| 107 | | | x | x | Image of anti Loren Taylor campaign mailer. | |
| 108 | | | x | x | Image of anti Loren Taylor campaign mailer. | |
| 349 | | | x | x | 10/13/2022 Photo from Andy Duong's Phone of Julie Wedge, Chris, Wedge, and Mario Juarez. | |
| 1833 | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 7. | |
| 350 | | | x | x | 10/13/2022 Photo from Andy Duong's Phone of Julie Wedge, Chris, Wedge, and Mario Juarez. | |
| 1833 | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 8. | |
| | | 9:59 am | | | The jury exits the courtroom for break. Special Agent Barclay steps down for break. Matters are discussed outside the presence of the jury. | |
| | | 10:00 am | | | Bench conference with lead counsel. | |
| | | 10:07 am | | | Bench conference ends. The Court is in recess. | |
| | | 10:20 am | | | The Court is reconvened. Special Agent Barclay retakes the stand. | |
| | | 10:22 am | | | The jury reenters the courtroom. AUSA Priedeman resumes her direct examination of Special Agent Barclay. | |
| 656 | | | x | x | WhatsApp Messages Between Mario Juarez and Andy Duong. | |
| 652 | | | x | x | Mario Juarez W-9. | |
| 631A | | | x | x | Excerpt of Text Messages Between David Duong and Andy Duong, Pages 41-182. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| **650** | | | x | x | Photo of $75,000 Ciudad Holdings Invoice. | |
| **353** | | | x | x | 10/14/2022 Photo from Andy Duong's Phone of CWS Check. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 9. | |
| **649** | | | x | x | Signal Messages Between Duong Family. | |
| **550** | | | x | x | 11/23/2022 Photo from Andy Duong's phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 10. | |
| **563** | | | x | x | 11/23/2022 Andy Apple Note. | |
| **562A** | | | x | x | Call log Andy Duong phone. | |
| **552** | | | x | x | 12/5/2022 Photo from Andy Duong's phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 11. | |
| **70** | | | x | x | Previously admitted. | |
| **435** | | | x | x | Photo from Andy Duong's Phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 12. | |
| **553** | | | x | x | 12/7/2022 Photo from Andy Duong's phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 13. | |
| **441** | | | x | x | 12/13/2022 Photo from Andy Duong's Phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 14. | |
| **442** | | | x | x | 12/13/2022 Photo from Andy Duong's Phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 15. | |
| **444** | | | x | x | 12/13/2022 Photo of Whiteboard from Andy Duong's Phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 16. | |
| **445** | | | x | x | 12/13/2022 Photo of Whiteboard from Andy Duong's Phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 17. | |
| **834** | | | x | x | D. Duong Email. | |
| **1419** | | | x | x | Ciudad Holdings Acct 5267 Check #30096. | |
| **1423** | | | x | x | Ciudad Holdings Acct 5267 Check #1084. | |
| **1420** | | | x | x | Ciudad Holdings Acct 5267 Check #30097. | |
| **1424** | | | x | x | Ciudad Holdings Acct 5267 Check #1086. | |
| **1425** | | | x | x | Ciudad Holdings Acct 5267 Check #1087. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| **464** | | | x | x | 1/9/2023 Photo of Sheng Thao and Andy Duong from Andy Duong's Phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 18. | |
| **466** | | | x | x | 1/9/2023 Photo from Andy Duong's Phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 19. | |
| **473** | | | x | x | Photo from Andy Duong's Phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 20. | |
| **1776** | | | x | x | 1/31/2023 Photo from Andy Duong’s Phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 21. | |
| **559** | | | x | x | 2/7/2023 Photo of Andy Duong and Larry Gallegos from Andy Duong's phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 22. | |
| **762** | | | x | x | 2/15/2023 Calendar Invitation to Meet Larry Gallegos. | |
| **368** | | | x | x | 2/16/2023 Photo from Andy Duong's Phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 23. | |
| **668** | | | x | x | Text Messages Between Mario Juarez, Larry Gallegos, and Andy Duong. | |
| **548** | | | x | x | 2/17/2023 Photo from Andy Duong's phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 24. | |
| **371** | | | x | | Photo from Andy Duong's Phone. | |
| **706A** | | | x | x | Excerpt of Text Messages Between Mario Juarez and Larry Gallegos, pages 18-44. | |
| | | 11:52 am | | | The jury exits the courtroom for break. Special Agent Barclay steps down for break. Matters are discussed outside the presence of the jury. | |
| | | 11:57 am | | | The Court is in recess. | |
| | | 12:13 pm | | | The Court is reconvened. Special Agent Barclay retakes the stand. | |
| | | 12:16 pm | | | The jury reenters the courtroom. AUSA Priedeman resumes her direct examination of Special Agent Barclay. | |
| **388** | | | x | x | 2/25/2023 Photo of Sheng Thao and Andy Duong from Andy Duong's Phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 25. | |
| **390** | | | x | x | Photo from Andy Duong's Phone. | |
| **1833** | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 27. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 571 | | | x | x | Photograph from February 2023 VABA Gala. | |
| 1631A | | | x | x | Excerpts. AT&T Toll Records. | |
| 629 | | | x | x | Text Messages Between David Duong and Andre Jones. | |
| 499 | | | x | x | 3/9/2023 Video from Andy Duong's Phone. | |
| 1833 | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 28. | |
| 403 | | | x | x | 3/9/2023 Photo of Sheng Thao from Andy Duong's Phone. | |
| 1833 | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 29. | |
| 404 | | | x | x | 3/9/2023 Photo of Sheng Thao and Andre Jones from Andy Duong's Phone. | |
| 1833 | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 30. | |
| 48 | | | x | x | Text Messages Between Sheng Thao, Harold Duffey, and Leigh Hanson. | |
| 407 | | | x | x | 3/17/2023 Photo of Andre Jones and David Duong from Andy Duong's Phone. | |
| 1833 | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 31. | |
| 671 | | | x | x | Juarez Apple Note. | |
| 417 | | | x | x | 3/28/2023 Photo from Andy Duong's Phone. | |
| 1833 | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 32. | |
| 686 | | | x | x | Juarez Apple Note. | |
| 423 | | | x | x | 4/3/2023 Photo of Phone from Andy Duong's Phone. | |
| 1833 | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 35. | |
| 422 | | | x | x | 4/3/2023 Photo of Phone from Andy Duong's Phone. | |
| 1833 | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 33. | |
| 1778 | | | x | x | 4/3/2023 Photo of Phone from Andy Duong’s Phone. | |
| 1833 | | | x | | Demonstrative. Summary Exhibit - Videos and Photos Metadata. Page 34. | |
| 895 | | | x | x | Juarez Email. | |
| 1426 | | | x | x | Ciudad Holdings Acct 5267 Check #1089. | |
| 46 | | | x | x | Text Messages Between Cesley Frost and Sheng Thao. | |
| 633 | | | x | x | Text Messages Between David Duong, Andy Duong, and Mario Juarez. | |
| 874 | | | x | x | Juarez Email. | |
| 875 | | | x | x | Juarez Email. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| **1810** | | | x | x | Juarez Apple Note (Cellebrite Version). | |
| **687** | | | x | x | Juarez Apple Note. | |
| **698** | | | x | x | Text Messages Between Mario Juarez and David Duong. | |
| **1376** | | | x | x | Andre Jones Acct 8848 Deposit of Check #1001 | |
| **1048** | | | x | x | 5/30/2023 Calendar Invite for EH. | |
| | | 1:37 pm | | | The jury is instructed, admonished and excused until October 23, 2026, at 8:30 am. Special Agent Barclay is admonished and ordered to appear on October 23, 2026, at 8:30 am. Matters are discussed outside the presence of the jury. | |
| | | 1:42 pm | | | The Court is in recess. Jury Note is received from Juror No. 6. The matter is continued to Friday, October 23, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |
| | | 1:54 pm | | | Juror No. 10 is excused by the Court for hardship. | |