United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**SHENG THAO, ET AL.,**<br>Defendants. | **TRIAL ORDER NO. 3 RE. RULE OF COMPLETENESS REQUESTS**<br><br>Case No. 25-cr-003-YGR-1<br>Case No. 25-cr-003-YGR-2<br>Case No. 25-cr-003-YGR-3<br>Case No. 25-cr-003-YGR-4 |

The Court has reviewed and considered defendant Andy Duong's requests to supplement the government's transcript and text message excerpts at Exhibits 987B, 990A, 998A, 692A, and 706A. The requests are **DENIED**. None of the proposals serve to complete the excerpts or provide necessary context under the Rules of Evidence. To the contrary, the requests strain credulity and merely serve as a backdoor attempt to include statements on separate topics that are not otherwise admissible.

**IT IS SO ORDERED.**

Dated: October 24, 2026

YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE