UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 26, 2026 **Time:** 5 Hours 8 Minutes **Judge:** YVONNE GONZALEZ ROGERS

**Case No.**: 25-cr-00003-YGR-1
25-cr-00003-YGR-2
25-cr-00003-YGR-3
25-cr-00003-YGR-4

**Case Name:** UNITED STATES v. Sheng Thao et al

**Attorney for Plaintiff:** Molly Priedeman, Abraham Fine and Lloyd Farnham
**Attorney for Defendant:** Jeffrey Tsai and Darryl Tarver (Thao); Mark Goldrosen and Shawn Halbert (Jones); Edward Swanson, August P. Gugelmann, and Jeff Schenk (D. Duong); William Sprague, Winston Chan, Erik Babcock, and Bryanna Walker (A. Duong)

**Defendant:** **Sheng Thao;** present
**Andre Jones;** present
**David Trung Duong;** present
**Andy Hung Duong;** present

**Deputy Clerk:** Edwin Angelo A. Cuenco **Reported by:** Ruth Levine Ekhaus

## PROCEEDINGS

Jury Trial – HELD. See Trial Log and Exhibit List attached.

The government recalled witness Special Agent Katherine Barclay.

Matter is continued to Tuesday, October 27, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial.