**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 25-cr-00003-YGR
Case Name: USA v. Sheng Thao, Andre Jones, David Trung Duong, and Andy Hung Duong

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** | | **PLAINTIFF ATTORNEY:** | | **DEFENSE ATTORNEY:** |
|---|---|---|---|---|
| Yvonne Gonzalez Rogers | | Molly Priedeman, Abraham Fine and Lloyd Farnham | | Jeffrey Tsai (Thao); Mark Goldrosen and Shawn Halbert (Jones); Edward Swanson, August P. Gugelmann, and Jeff Schenk (D. Duong); William Sprague, Winston Chan, Erik Babcock, Christine Bonomo, and Bryanna Walker (A. Duong) |
| **DATE:** October 28, 2026 | | **REPORTER:** Ruth Levine Ekhaus | | **CLERK:** Edwin Cuenco |
| **TIME IN COURT:** 4 hours 54 minutes | | | | |

| **PLF NO.** | **DEF NO.** | **DATE/TIME OFFERED** | **ID** | **REC** | **DESCRIPTION** | **BY** |
|---|---|---|---|---|---|---|
| | | 8:00 am | | | Court is reconvened. Matters are discussed outside the presence of the jury. | |
| | | 8:16 am | | | The Court is in recess. | |
| | | 8:25 am | | | Court is reconvened. Government's Witness Ms. Cecilia Mendez is called. | |
| | | 8:28 am | | | The jury reenters the courtroom. Ms. Mendez is sworn. Direct examination by AUSA Fine. | |
| **412** | | | x | x | Previously admitted. | |
| **412A** | | | x | x | Previously admitted. | |
| **459** | | | x | x | Previously admitted. | |
| **459A** | | | x | x | Previously admitted. | |
| **987A** | | | x | x | Excerpt From 11/6/2023 Evolutionary Homes Board Recording, Transcript at 12:10-21:3. | |
| **990A** | | | x | x | Excerpt From 11/8/2023 Evolutionary Homes Board Recording, Transcript at 20:15-22:15. | |
| **992A** | | | x | x | Excerpt From 11/28/2023 Evolutionary Homes Board Recording, Transcript at 14:16-17:7. | |
| **992B** | | | x | x | Excerpt From 11/28/2023 Evolutionary Homes Board Recording, Transcript at 23:6-26:6. | |
| **992C** | | | x | x | Excerpt From 11/28/2023 Evolutionary Homes Board Recording, Transcript at 30:1-40:09. | |
| **992D** | | | x | | Excerpt From 11/28/2023 Evolutionary Homes Board Recording, Transcript at 61:22-63:9. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| **994A** | | | x | x | Excerpts From 1/9/2024 Evolutionary Homes Board Recording, Transcript at 175:6-181:24. | |
| **994B** | | | x | x | Excerpts From 1/9/2024 Evolutionary Homes Board Recording, Transcript at 184:7-189:24. | |
| **998A** | | | x | x | Excerpt From 2/13/2024 Evolutionary Homes Board Recording, Transcript at 38:12-41:19. | |
| | | 9:36 am | | | Cross examination of Ms. Mendez by Mr. Swanson. | |
| | **5095** | | x | | Document. | |
| | **5096** | | x | | Articles of Incorporation. | |
| | **5098** | | x | | Mario Juarez selling team. | |
| **354** | | | x | x | 10/25/2023 Photo from Andy Duong's Phone of Mario Juarez and David Duong. | |
| **433** | | | x | x | Previously admitted. | |
| **433A** | | | x | x | Previously admitted. | |
| | | 10:02 am | | | The jury exits the courtroom for break. Ms. Mendez steps down for break. Matters are discussed outside the presence of the jury. | |
| | | 10:04 am | | | The Court is in recess. | |
| | | 10:17 am | | | Court is reconvened. The Court spoke with Government's Witness Ms. Cecilia Mendez. | |
| | | 10:19 am | | | Ms. Mendez retakes the stand. | |
| | | 10:21 am | | | The Court is reconvened. Matters are discussed outside the presence of the jury. | |
| | | 10:24 am | | | The jury reenters the courtroom. Mr. Swanson resumes his cross examination of Ms. Mendez. | |
| | **5103** | | x | | Document. | |
| | **5035** | | x | | Email dated 7/29/2024. | |
| | **5106** | | x | | Document (Nexus Capital Ventures). | |
| | | 10:50 am | | | Cross examination of Ms. Mendez by Mr. Goldrosen. | |
| **730** | | | x | x | Previously admitted. | |
| **733** | | | x | x | Previously admitted. | |
| | **5062** | | x | | Email dated 1/16/2024. | |
| | | 11:24 am | | | Cross examination of Ms. Mendez by Mr. Chan. | |
| | **9817** | | x | | Transcript of 11/6 meeting. | |
| | **998BT** | | x | | Transcript of 11/13 meeting. | |
| | **5054** | | x | | Chase document. | |
| | | 11:43 am | x | x | The jury exits the courtroom for break. Ms. Mendez steps down for break and ordered to exit the courtroom. Matters are discussed outside the presence of the witness and the jury. | |
| | **5052A** | | x | | Document. | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | **5052B** | | x | | Document. | |
| | | 11:52 am | | | The Court is in recess. | |
| | | 12:17 pm | | | Court is reconvened. Ms. Mendez retakes the stand. | |
| | | 12:18 pm | | | The jury reenters the courtroom. Mr. Chan resumes his cross examination of Ms. Mendez. | |
| **599** | | | x | x | D. Duong Email. | |
| | | 12:30 pm | | | Bench conference with lead counsel. | |
| | | 12:31 pm | | | Bench conference ends. Mr. Chan resumes his cross examination of Ms. Mendez. | |
| | **5052B3** | | x | x | 2023-11-29 ICC-NTA Invoice to Evolutionary Homes. | |
| | **5052E** | | x | | Document. | |
| | **5052C** | | x | | Document. | |
| | | 1:04 pm | | | Cross examination of Ms. Mendez by Mr. Chan. | |
| | | 1:19 pm | | | Redirect examination of Ms. Mendez by AUSA Fine. | |
| **354A** | | | x | x | Metadata of 354. | |
| | | 1:29 pm | | | Recross examination of Ms. Mendez by Mr. Swanson. | |
| | | 1:39 pm | | | The jury is excused until October 29, 2026, at 8:30 am. Ms. Mendez steps down and is ordered to appear on October 29, 2026, at 8:30 am. Matters are discussed outside the presence of the jury. | |
| | | 1:45 pm | | | The Court is in recess. The matter is continued to Thursday, October 29, 2026, at 8:00 a.m. (attorneys and parties) and at 8:30 a.m. (jury) for jury trial. | |